IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

THE MAGNOLIA CENTER, INC.,

      Plaintiff,                      Case No.: 11-CA-CO3372

vs.

GENERAL INSURANCE COMPANY
OF AMERICA and BROWN & BROWN, INC.,

      Defendants.

_____/

### AMENDED COMPLAINT

Plaintiff, THE MAGNOLIA CENTER, INC., ("Plaintiff"), by and through its undersigned counsel, hereby sues Defendants, GENERAL INSURANCE COMPANY OF AMERICA ("GENERAL") and BROWN & BROWN, INC. ("BROWN"), and states as follows:

1.    This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of attorney's fees, prejudgment interest and costs.

2.    At all times material hereto, Plaintiff was and is the owner of real property located at 16017 N. Florida Avenue, Lutz, Florida 33549.

3.    Upon information and belief, at all times relevant hereto, GENERAL was and is a corporation in the business of insurance, and conducting business in Hillsborough County, Florida, and throughout the State of Florida.

4.    Upon information and belief, at all times relevant hereto, BROWN was and is an insurance agency duly licensed by the state of Florida to sell consumers policies of insurance in Hillsborough County, Florida.

5.      Plaintiff purchased an insurance policy, Policy number 01CH915834, through BROWN from GENERAL ("the Policy") for the policy period June 25, 2009 through June 25, 2010 covering Plaintiff's property located at 16017 N. Florida, Avenue Lutz, Hillsborough County, Florida 33549.  A copy of the Policy is attached hereto as Exhibit "A".

6.      Plaintiff paid all premiums on the Policy, and the Policy was in full force and effect at all relevant times herein.

7.      On or about September 17, 2009, Plaintiff's property sustained direct physical loss as a result of a fire.

8.      The damage to Plaintiff's property is due to fire damage which is a covered peril under the Policy.

9.      Plaintiff made application for insurance benefits under the Policy, but GENERAL has failed and refused to pay Plaintiff the full benefits to which it is entitled in reimbursement for the loss.

10.      GENERAL made a partial payment of $1,007,670.37 for the loss.

11.      Plaintiff has complied with all conditions precedent to obtaining payment of benefits under the Policy from GENERAL, or GENERAL has waived such conditions precedent.

## COUNT I
## Breach of Contract - GENERAL

12.      Plaintiff realleges and incorporates paragraphs one (1) through eleven (11) as though fully set forth herein.

13.      GENERAL has a duty to indemnify the Plaintiff in the event of a covered cause of loss during the policy period.

14.    GENERAL has breached the Policy of insurance by failing to pay Plaintiff the full benefits due and owing under the policy for a covered cause of loss during the policy period.

15.    GENERAL'S breach of the policy of insurance by failing to pay the full benefits due and owing under the policy has proximately caused damage to the Plaintiff.

16.    Because of GENERAL'S breach of the Policy, Plaintiff retained the services of the undersigned attorneys and is obligated to pay a reasonable fee for their services.  Plaintiff is entitled to payment from GENERAL for attorney's fees pursuant to § 627.428 of the Florida Statutes.

**WHEREFORE,** Plaintiff, THE MAGNOLIA CENTER, INC., demands judgment against Defendant, GENERAL INSURANCE COMPANY OF AMERICA, for an amount exceeding Fifteen-Thousand Dollars ($15,000.00), exclusive of costs, interest, pre-judgment interest, attorney's fees and costs and all other relief deemed just and appropriate by this Court and Plaintiff respectfully requests a jury trial.

## COUNT II
### Agent Negligence – BROWN

17.    Plaintiff realleges and incorporates paragraphs one (1) through eleven (11) as though fully set forth herein.

18.    If GENERAL argues that its payments were based on lower limits because lower limits were requested, Plaintiff alternatively alleges that BROWN negligently lowered Plaintiff's policy limits without express authorization.

19.    The primary service of an insurance agent is to sell to clients, including Plaintiff, their expert knowledge and professional advice regarding insurance and insurance coverage.

20.    Plaintiff utilized BROWN'S superior insurance knowledge to provide advice and consultation with respect to the insurance needs necessary to protect Plaintiff's property and interests, and Plaintiff purchased policies recommended by BROWN.

21.    As agent for Plaintiff, in determining the needs and placing the insurance of Plaintiff, BROWN undertook, assumed and owed to Plaintiff the duty of using reasonable care in obtaining the insurance coverage necessary to protect Plaintiff's property and interests.

22.    BROWN breached that duty by causing GENERAL to lower the limits of Plaintiff's policy without express authorization from Plaintiff.

23.    The breach of the duty by BROWN proximately caused damage to Plaintiff as demanded herein.

**WHEREFORE**, Plaintiff, THE MAGNOLIA CENTER, INC., demands judgment against Defendant, BROWN & BROWN, INC., in an amount exceeding Fifteen Thousand Dollars ($15,000.00), along with its costs, pre-judgment interest, all other relief deemed just and appropriate by this Court and Plaintiff respectfully requests a jury trial.

Dated:  March 22nd, 2011

MERLIN LAW GROUP, P.A.

SEAN M. SHAW, ESQUIRE
Florida Bar Number: 0690988
sshaw@merlinlawgroup.com
WILLIAM F. MERLIN, JR., ESQUIRE
cmerlin@merlinlawgroup.com
Florida Bar Number: 364721

777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
Attorneys for Plaintiffs

# EXHIBIT "A"

BROWN & BROWN PINELLAS
PO BOX 2456
CLEARWATER, FL 33757


MAGNOLIA CENTER, INC.
MAGNOLIA EXECUTIVE SUITES, INC
PO BOX 82282
TAMPA, FL 33682

Thank you for placing your business with Montgomery Insurance.


NORTHEAST          25 ( -317)        CB  INSURED COPY        PREPARED 09-29-09
6-2413 (2-91)

AFP-META2-29-PRINT001-0345-0003-I

— REPRINTED I   .. THE ARCHIVE. THE ORIGINAL VERSION MAY INCLUDE ADDI'F    FORMS ---

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS           PAGE CP   3

NAMED INSURED:  MAGNOLIA CENTER, INC.          POLICY NUMBER:  01-CH-915834-2


                    ********************

PREMIUM ADJUSTMENTS:

    FLORIDA SURCHARGE                                      $        4.07
    FLORIDA EMERGENCY FUND                                 $        4.00
    FHCF ASSESSMENT                                        $       41.00
    FLORIDA CITIZENS 2005 EMERGENCY ASSESSMENT             $       57.00
                                                                   ------------
COMMERCIAL PROPERTY TOTAL                                          $     4,174.07

A PREMIUM OF $    27.00 IS INCLUDED IN THE TOTAL ABOVE FOR CERTIFIED ACTS OF
TERRORISM.

9-CC(CP)(0207)    NORTHEAST          (TEDBR)     PREPARED   09-29-09 CM2E0 SEQ.0001

--- REPRINTED F:    :HE ARCHIVE. THE ORIGIN:     :OR MAY INCLUDE ADDITI     ORMS ---

Your Independent Montgomery Insurance Agent:

BROWN & BROWN PINELLAS
PO BOX 2456
CLEARWATER, FL 33757

(727) 461-6044

MAGNOLIA CENTER, INC.
MAGNOLIA EXECUTIVE SUITES, INC
PO BOX 82282
TAMPA, FL 33682

Your

# PEAK PACKAGE POLICY

GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

A Stock Company
Safeco Plaza
Seattle, WA 98185-0001

Cover1 09 03                                                                EP

AFP-META2-29-PRINT001-0945-0005-I

**** REPRINTED & . THE ARCHIVE. THE ORIGINAL PAGES OR FORM MAY INCLUDE ADDITI· FORMS ****

# If You Have a Claim

Liberty Mutual has an unparalleled history of being there when our customers need us the most. Our state-of-the-art, 24-hour claim service ensures your claim will be handled quickly. We'll do everything we can to get you and your business back on track as quickly as possible.

The telephone number for all claims is:

# 1-800-332-3226

*Please note. For Workers Compensation Policies, some states assess fines and/or penalties for failure to report employee injuries in a timely manner.*

---

*Thank you for allowing Liberty Mutual to fulfill your insurance needs. If you have any questions regarding your policy, please contact your independent insurance agent.*

COVBK  8/03

EP

AFP-META2-29-PRINT001-0945-0006-I

--- REPRINTED F    HE ARCHIVE. THE ORIGINAL DOC    MAY INCLUDE ADDIT    ORMS ---

```
                    GENERAL INSURANCE COMPANY OF AME    A      PAGE  01
              FIRST NATIONAL INSURANCE COMPANY OF AMERICA
                           SEATTLE, WASHINGTON                  AGT

      ***********************************
      *         POLICY CHANGE           *
      *      EFFECTIVE: 09-04-09         *         POLICY NUMBER:  01-CH-915834-2
      ***********************************


      NAMED    MAGNOLIA CENTER, INC.        AGENT:   BROWN & BROWN PINELLAS
      INSURED  MAGNOLIA EXECUTIVE SUITES, INC         PO BOX 2456
      MAILING  PO BOX 82282                           CLEARWATER, FL 33757
      ADDRESS: TAMPA, FL 33682                        09-16322      (317)
                                                      (727) 461-6044


      POLICY PERIOD:   FROM 06-25-09 TO 06-25-10


      *************************************************************************
      *                                                                      *
      *    THE CHANGE IN YOUR POLICY RESULTS IN A RETURN PREMIUM OF    $41.93.*
      *    THIS AMOUNT WILL BE CREDITED TO YOUR CUSTOMER ACCOUNT #844-5322-047-01.*
      *                                                                      *
      *    Eff. 09-04-09 amended the office contents to $70,000              *
      *                                                                      *
      *************************************************************************


      THE FOLLOWING HAS BEEN CHANGED
      ------------------------------
```

9-CM(01-86) NORTHEAST          (TEDBR )  INSURED COPY          PREPARED 09-29-09

AFP-META2-29-PRINT001-0945-0007-I

**** REPRINTED F    THE ARCHIVE. THE ORIGINAL REPRODUCTION MAY INCLUDE ADDIT    FORMS ****

GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

SEATTLE, WASHINGTON

POLICY FORMS                                      PAGE PF    1-LAST

NAMED INSURED:  MAGNOLIA CENTER, INC.          POLICY NUMBER:  01-CH-915834-2

THE FOLLOWING FORMS APPLY TO THIS POLICY:

COMMERCIAL PROPERTY
-------------------
```
CM0001(0904) - COMMERCIAL INLAND MARINE CONDITIONS
CM0066(0904) - ACCOUNTS RECEIVABLE COVERAGE FORM
CM0116(0900) - FLORIDA CHANGES - LOSS PAYMENT
CM7809(1188) - PROCESSORS COVERAGE
CM7840(0198) - ELECTRONIC DATA PROCESSING
CM7841(0198) - ELECTRONIC DATA PROCESSING - MECHANICAL
CM7850(0198) - MOTOR TRUCK CARGO OWNERS COVERAGE FORM
CM7856(0198) - TRANSPORTATION COVERAGE FORM
CM7870(1098) - PEAK PROGRAM EXHIBITION RISKS COV FORM
CM7871(1098) - PEAK PROGRAM IM EXTENSION ENDORSEMENT
CM7872(1188) - SALESPERSONS SAMPLES COVERAGE
CM7878(1098) - PEAK PROGRAM REPLACEMENT COST ENDT
CM7881(1188) - COMMERCIAL FINE ARTS COVERAGE FORM
CP0010(0402) - BLDG & PERSONAL PROPERTY COVERAGE FORM
CP0030(0402) - BUSINESS INCOME & EXTRA EXPENSE COV FORM
CP0090(0788) - COMMERCIAL PROPERTY CONDITIONS
CP0125(1007) - FL CHANGES
CP0140(0706) - EXCL OF LOSS DUE TO VIRUS OR BACTERIA
CP0321(0695) - WIND/HAIL PERCENTAGE DEDUCTIBLE
CP1030(0402) - CAUSE OF LOSS - SPECIAL FORM
CP7515(1102) - PEAK PROPERTY
CP7534(1098) - TIME ELEMENT COV CHANGES-PEAK PROGRAM
CP7536(1202) - PEAK PROGRAM LIMITS SUMMARY
CP7566(1001) - EQUIPMENT BREAKDOWN ENDORSEMENT
CP7577(1000) - ORDINANCE OR LAW COVERAGE
C4654 (0707) - POLICYHOLDER NOTICE-FL CPIC SURCHARGE
IL0017(1198) - COMMON POLICY CONDITIONS
IL0175(0907) - LEGAL ACTION AGAINST US
IL0255(0808) - FLORIDA CHANGES - CANCEL/NONRENEWAL
IL0401(1007) - FL SINKHOLE LOSS COVERAGE
IL0935(0702) - EXCL OF CERTAIN COMPUTER-RELATED LOSSES
IL0952(0308) - CERT ACTS OF TERRORISM - CAP ON LOSSES
IL7201(0392) - COMPANY COMMON POL CONDITIONS
```

9-CC(PF) (0207)    NORTHEAST              (TEDBRO)        PREPARED 09-29-09

AFP-META2-29-PRINT001-0945-0011-I

---- REPRINTED;    . THE ARCHIVE. THE ORIGINAL DOCUMENTATION MAY INCLUDE ADDIT?    FORMS ----

BROWN & BROWN PINELLAS
PO BOX 2456
CLEARWATER, FL 33757


MAGNOLIA CENTER, INC.
MAGNOLIA EXECUTIVE SUITES, INC
PO BOX 82282
TAMPA, FL 33682


Thank you for placing your business with Montgomery Insurance.


·NORTHEAST        25 ( -317)        CB  INSURED COPY        .·PREPARED.· 09--24--09·.
6-2413 (2-91)

AFP-META2-24-PRINT001-1153-0003-I

Your Independent Montgomery Insurance Agent:

BROWN & BROWN PINELLAS
PO BOX 2456
CLEARWATER, FL 33757

(727) 461-6044

MAGNOLIA CENTER, INC.
MAGNOLIA EXECUTIVE SUITES, INC
PO BOX 82282
TAMPA, FL 33682

Your

## PEAK PACKAGE POLICY

GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

A Stock Company
Safeco Plaza
Seattle, WA 98185-0001

Cover1 09 03

EP

AFP-META2-24-PRINT001-1153-0005-I

**** REPRINTED F    THE ARCHIVE, THE ORIGINAL TRANSACTION MAY INCLUDE ADDITI    FORMS ****

# If You Have a Claim

Liberty Mutual has an unparalleled history of being there when our customers need us the most. Our state-of-the-art, 24-hour claim service ensures your claim will be handled quickly. We'll do everything we can to get you and your business back on track as quickly as possible.

The telephone number for all claims is:

# 1-800-332-3226

*Please note. For Workers Compensation Policies, some states assess fines and/or penalties for failure to report employee injuries in a timely manner.*

---

*Thank you for allowing Liberty Mutual to fulfill your insurance needs. If you have any questions regarding your policy, please contact your independent insurance agent.*

--- REPRINTED!    THE ARCHIVE, THE ORIGIN... ...OR MAY INCLUDE ADDITI...   FORMS ---

```
             GENERAL INSURANCE COMPANY OF AME[ · A         PAGE  01
         FIRST NATIONAL INSURANCE COMPANY OF A...RICA
                  SEATTLE, WASHINGTON                      AGT
```

```
  ***********************************
  *        POLICY CHANGE           *
  *     EFFECTIVE: 09-04-09        *        POLICY NUMBER:  01-CH-915834-2
  ***********************************
```

```
  NAMED    MAGNOLIA CENTER, INC.          AGENT:  BROWN & BROWN PINELLAS
  INSURED  MAGNOLIA EXECUTIVE SUITES, INC          PO BOX 2456
  MAILING  PO BOX 82282                            CLEARWATER, FL 33757
  ADDRESS: TAMPA, FL 33682                         09-16322      (317)
                                                   (727) 461-6044
```

```
  POLICY PERIOD:   FROM 06-25-09 TO 06-25-10
```

```
  **********************************************************************
  *                                                                    *
  *   THE CHANGE IN YOUR POLICY RESULTS IN A RETURN PREMIUM OF     $624.86.   *
  *   THIS AMOUNT WILL BE CREDITED TO YOUR CUSTOMER ACCOUNT #844-5322-047-01. *
  *                                                                    *
  *   Eff. 09-04-09 amended the bldg limit and the g/l exposure.       *
  *                                                                    *
  **********************************************************************
```

```
  THE FOLLOWING HAS BEEN CHANGED
  ------------------------------
```

```
  9-CM(01-86) NORTHEAST        (TEDBR )  INSURED COPY        PREPARED 09-24-09
```

AFP-META2-24-PRINT001-1153-0007-I

— REPRINTED! THE ARCHIVE THE ORIGINAL TRANSACTION MAY INCLUDE ADDITI.  FORMS ---
GENERAL INSURANCE COMPANY OF AMEF       H
SEATTLE, WASHINGTON

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS            PAGE CP   2

NAMED INSURED:  MAGNOLIA CENTER, INC.              POLICY NUMBER:  01-CH-915834-2

MAXIMUM LIMIT OF INSURANCE:  $     931,860**

** THIS MAXIMUM LIMIT MAY INCLUDE CERTAIN "ON-PREMISES INLAND MARINE" COVERAGE(S).
IF FORM CP7547--ACTUAL LOSS SUSTAINED BUSINESS INCOME COVERAGE IS INCLUDED, IT
IS AN ADDITIONAL AMOUNT OF INSURANCE AND NOT INCLUDED IN THE MAXIMUM LIMIT.
REFER TO THE PEAK PROGRAM LIMITS SUMMARY FORM(S) FOR A COMPLETE DEFINITION OF
"MAXIMUM LIMIT".

*******************

PREMISES — 1   16017 N FLORIDA AVE
               LUTZ, FL 33549

BUILDING   1   GENERAL INSURANCE COMPANY OF AMERICA
               OCCUPANCY:    CONSULTANTS - N O C

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUILDING | INCLUDED IN MAXIMUM LMT | $ 1,000 | | |
| SPECIAL CAUSES OF LOSS | | | $ .400 $ | 2,984.00 |
| CERTIFIED ACTS OF TERRORISM | | | .003 | 22.00 |
| REPLACEMENT COST | | | | |
| DEDUCTIBLE EXCEPTION: | | | | |
| WINDSTORM OR HAIL DEDUCTIBLE | | 5% | | |
| BUSINESS INCOME (AND EXTRA EXPENSE) | $ 100,000 INCLUDED IN MAXIMUM LMT | 1,000 | | |
| 1/6 MONTHLY LIMIT | | | | |
| SPECIAL CAUSES OF LOSS | | | .577 | 519.00 |
| CERTIFIED ACTS OF TERRORISM | | | .003 | 3.00 |
| OFFICE CONTENTS | INCLUDED IN MAXIMUM LMT | 1,000 | | |
| SPECIAL CAUSES OF LOSS | | | .453 | 388.00 |
| CERTIFIED ACTS OF TERRORISM | | | .003 | 3.00 |
| REPLACEMENT COST | | | | |
| DEDUCTIBLE EXCEPTION: | | | | |
| WINDSTORM OR HAIL DEDUCTIBLE | | 5% | | |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   1 $     200.00
DIRECT DAMAGE DEDUCTIBLE                              $  1,000
INDIRECT DAMAGE DEDUCTIBLE                            24 HOURS

*******************

9-CC(CP)(0207)   NORTHEAST         (TEDBR)    PREPARED  09-24-09 CM2E0 SEQ.0001

--- REPRINTED, . THE ARCHIVE, THE ORIGINAL TRANSACTION MAY INCLUDE ADDE´  . FORMS ---

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS          PAGE CP   3

NAMED INSURED:  MAGNOLIA CENTER, INC.               POLICY NUMBER:  01-CH-915834-2

                            *******************

PREMIUM ADJUSTMENTS:

    FLORIDA SURCHARGE                                          $        4.12
    FLORIDA EMERGENCY FUND                                     $        4.00
    FHCF ASSESSMENT                                            $       41.00
    FLORIDA CITIZENS 2005 EMERGENCY ASSESSMENT                 $       58.00
                                                                  ------------
COMMERCIAL PROPERTY TOTAL                                      $    4,226.12

A PREMIUM OF $   28.00 IS INCLUDED IN THE TOTAL ABOVE FOR CERTIFIED ACTS OF
TERRORISM.

9-CC(CP)(0207)    NORTHEAST          (TEDBR)      PREPARED  09-24-09 CM2E0 SEQ.0001

AFP-META2-24-PRINT001-1153-0010-I

POLICY CHANGE EXTENS: ⌐ REPRINTED ⌐ THE ARCHIVE, THE ORIGINAL PAGE ⌐ TION MAY INCLUDE ADD'L  ⌐ FORMS ⌐          PAGE   04
EFFECTIVE: 09/04/09                                                                                       AGT

NAMED INSURED:   MAGNOLIA CENTER, INC.                    POLICY NUMBER: 01-CH-915834-2

```
*****************
*GENERAL LIABILITY*
*****************
```

THE FOLLOWING HAS BEEN CHANGED
------------------------------

| CLASS | CLASSIFICATION-PREMIUM BASIS | EXPOSURE | RATE | PREMIUM |
|-------|------------------------------|----------|------|---------|
| | COMMERCIAL GENERAL LIABILITY OTHER THAN PRODUCTS-COMPLETED OPERATIONS | | | |
| | ** LOCATION #  1 ** | | | |
| 41677 | CONSULTANTS INCLUDING PRODUCTS & COMPLETED OPERATIONS PAYROLL (PER $1,000) | 200,000 | .7790 $ | 156.00 |
| | CERTIFIED ACTS OF TERRORISM | | $ | 18.00 |

9-CM(01-86) NORTHEAST          (TEDBR )                    PREPARED  09-24-09

AFP-META2-24-PRINT001-1153-0011-I

--- REPRINTED)   THE ARCHIVE. THE ORIGINAL PAGE FORMAT MAY INCLUDE ADDIT'  FORMS ---

GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

SEATTLE, WASHINGTON

POLICY FORMS                                              PAGE PF   1-LAST

NAMED INSURED:  MAGNOLIA CENTER, INC.          POLICY NUMBER:  01-CH-915834-2

THE FOLLOWING FORMS APPLY TO THIS POLICY:


COMMERCIAL PROPERTY
-------------------
CM0001(0904) - COMMERCIAL INLAND MARINE CONDITIONS
CM0066(0904) - ACCOUNTS RECEIVABLE COVERAGE FORM
CM0116(0900) - FLORIDA CHANGES - LOSS PAYMENT
CM7809(1188) - PROCESSORS COVERAGE
CM7840(0198) - ELECTRONIC DATA PROCESSING
CM7841(0198) - ELECTRONIC DATA PROCESSING - MECHANICAL
CM7850(0198) - MOTOR TRUCK CARGO OWNERS COVERAGE FORM
CM7856(0198) - TRANSPORTATION COVERAGE FORM
CM7870(1098) - PEAK PROGRAM EXHIBITION RISKS COV FORM
CM7871(1098) - PEAK PROGRAM IM EXTENSION ENDORSEMENT
CM7872(1188) - SALESPERSONS SAMPLES COVERAGE
CM7878(1098) - PEAK PROGRAM REPLACEMENT COST ENDT
CM7881(1188) - COMMERCIAL FINE ARTS COVERAGE FORM
CP0010(0402) - BLDG & PERSONAL PROPERTY COVERAGE FORM
CP0030(0402) - BUSINESS INCOME & EXTRA EXPENSE COV FORM
CP0090(0788) - COMMERCIAL PROPERTY CONDITIONS
CP0125(1007) - FL CHANGES
CP0140(0706) - EXCL OF LOSS DUE TO VIRUS OR BACTERIA
CP0321(0695) - WIND/HAIL PERCENTAGE DEDUCTIBLE
CP1030(0402) - CAUSE OF LOSS - SPECIAL FORM
CP7515(1102) - PEAK PROPERTY
CP7534(1098) - TIME ELEMENT COV CHANGES-PEAK PROGRAM
CP7536(1202) - PEAK PROGRAM LIMITS SUMMARY
CP7566(1001) - EQUIPMENT BREAKDOWN ENDORSEMENT
CP7577(1000) - ORDINANCE OR LAW COVERAGE
C4654 (0707) - POLICYHOLDER NOTICE-FL CPIC SURCHARGE
IL0017(1198) - COMMON POLICY CONDITIONS
IL0175(0907) - LEGAL ACTION AGAINST US
IL0255(0808) - FLORIDA CHANGES - CANCEL/NONRENEWAL
IL0401(1007) - FL SINKHOLE LOSS COVERAGE
IL0935(0702) - EXCL OF CERTAIN COMPUTER-RELATED LOSSES
IL0952(0308) - CERT ACTS OF TERRORISM - CAP ON LOSSES
IL7201(0392) - COMPANY COMMON POL CONDITIONS

AFP-META2-24-PRINT001-1153-0013-I

Your Independent Montgomery Insurance Agent:

BROWN & BROWN PINELLAS
PO BOX 2456
CLEARWATER, FL 33757

(727) 461-6044

MAGNOLIA CENTER, INC.
MAGNOLIA EXECUTIVE SUITES, INC
PO BOX 82282
TAMPA, FL 33682

Your

## PEAK PACKAGE POLICY

GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

A Stock Company
Safeco Plaza
Seattle, WA 98185-0001

Cover1 09 03                                                                                                     EP

# If You Have a Claim

Liberty Mutual has an unparalleled history of being there when our customers need us the most. Our state-of-the-art, 24-hour claim service ensures your claim will be handled quickly. We'll do everything we can to get you and your business back on track as quickly as possible.

The telephone number for all claims is:

## 1-800-332-3226

*Please note. For Workers Compensation Policies, some states assess fines and/or penalties for failure to report employee injuries in a timely manner.*

*Thank you for allowing Liberty Mutual to fulfill your insurance needs. If you have any questions regarding your policy, please contact your independent insurance agent.*

```
                  ..ERAL INSURANCE COMPANY OF AMER'...        PAGE  01
        FIRS  ATIONAL INSURANCE COMPANY OF A RICA
                     SEATTLE, WASHINGTON                       AGT
```

```
*****************************************
*          POLICY CHANGE                *
*        EFFECTIVE: 06-25-09            *          POLICY NUMBER:  01-CH-915834-2
*****************************************
```

```
NAMED      MAGNOLIA CENTER, INC.            AGENT:   BROWN & BROWN PINELLAS
INSURED    MAGNOLIA EXECUTIVE SUITES, INC            PO BOX 2456
MAILING    PO BOX 82282                              CLEARWATER, FL 33757
ADDRESS:   TAMPA, FL 33682                           09-16322        (317)
                                                     (727) 461-6044
```

```
POLICY PERIOD:   FROM 06-25-09 TO 06-25-10
```

```
*********************************************************************************
*                                                                              *
*    THE CHANGE IN YOUR POLICY RESULTS IN AN ADDITIONAL PREMIUM OF    $295.29.  *
*    YOU WILL BE BILLED THROUGH YOUR CUSTOMER ACCOUNT #844-5322-047-01.         *
*                                                                              *
*    adding location .                                                         *
*                                                                              *
*********************************************************************************
```

THE FOLLOWING HAS BEEN ADDED
---------------------------

PREMISES:    #  2 16025 N FLORIDA AVE
                LUTZ, FL 33549
                OFFICES-LRO

THE FOLLOWING HAS BEEN CHANGED
------------------------------



ERAL INSURANCE COMPANY OF AMER
SEATTLE, WASHINGTON

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS                    PAGE CP    2

NAMED INSURED:  MAGNOLIA CENTER, INC.                    POLICY NUMBER:  01-CH-915834-2

MAXIMUM LIMIT OF INSURANCE:  $    1,078,360**

** THIS MAXIMUM LIMIT MAY INCLUDE CERTAIN "ON-PREMISES INLAND MARINE" COVERAGE(S).
IF FORM CP7547--ACTUAL LOSS SUSTAINED BUSINESS INCOME COVERAGE IS INCLUDED, IT
IS AN ADDITIONAL AMOUNT OF INSURANCE AND NOT INCLUDED IN THE MAXIMUM LIMIT.
REFER TO THE PEAK PROGRAM LIMITS SUMMARY FORM(S) FOR A COMPLETE DEFINITION OF
"MAXIMUM LIMIT".

********************

PREMISES  1  16017 N FLORIDA AVE
             LUTZ, FL 33549

BUILDING  1  GENERAL INSURANCE COMPANY OF AMERICA
             OCCUPANCY:    CONSULTANTS - N O C

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUILDING | INCLUDED IN MAXIMUM LMT | $  1,000 | | |
| SPECIAL CAUSES OF LOSS | | | $  .400 $ | 3,571.00 |
| CERTIFIED ACTS OF TERRORISM | | | .003 | 27.00 |
| REPLACEMENT COST | | | | |
| DEDUCTIBLE EXCEPTION: | | | | |
| WINDSTORM OR HAIL DEDUCTIBLE | | 5% | | |
| BUSINESS INCOME (AND EXTRA EXPENSE) | $    100,000 INCLUDED IN MAXIMUM LMT | 1,000 | | |
| 1/6 MONTHLY LIMIT | | | | |
| SPECIAL CAUSES OF LOSS | | | .577 | 519.00 |
| CERTIFIED ACTS OF TERRORISM | | | .003 | 3.00 |
| OFFICE CONTENTS | INCLUDED IN MAXIMUM LMT | 1,000 | | |
| SPECIAL CAUSES OF LOSS | | | .453 | 388.00 |
| CERTIFIED ACTS OF TERRORISM | | | .003 | 3.00 |
| REPLACEMENT COST | | | | |
| DEDUCTIBLE EXCEPTION: | | | | |
| WINDSTORM OR HAIL DEDUCTIBLE | | 5% | | |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES  1 $    239.00
    DIRECT DAMAGE DEDUCTIBLE                           $  1,000
    INDIRECT DAMAGE DEDUCTIBLE                         24 HOURS

********************

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS          PAGE CP    3


NAMED INSURED:  MAGNOLIA CENTER, INC.          POLICY NUMBER:   01-CH-915834-2


                        *******************

PREMIUM ADJUSTMENTS:

    FLORIDA SURCHARGE                                            $        4.75

    FLORIDA EMERGENCY FUND                                       $        4.00

    FHCF ASSESSMENT                                              $       48.00

    FLORIDA CITIZENS 2005 EMERGENCY ASSESSMENT                   $       67.00
                                                                    -----------
COMMERCIAL PROPERTY TOTAL                                        $    4,873.75

A PREMIUM OF $     33.00 IS INCLUDED IN THE TOTAL ABOVE FOR CERTIFIED ACTS OF
TERRORISM.

NAMED INSURED EXTENSION                          PAGE 2
AMERICAN STATES INSURANCE COMPANY
SEATTLE, WASHINGTON

The following is a complete list of the named insureds:          POLICY NUMBER: 01-CH-915834-2

MAGNOLIA CENTER, INC.
MAGNOLIA EXECUTIVE SUITES, INC



ADDLNAMINS089461

Safeco and the Safeco logo are registered trademarks of Safeco Corporation

NORTHEAST          25   (TEDBRO)   PREPARED 08-03-09

```
POLICY CHANGE EXTENSION                                        PAGE  04
EFFECTIVE: 06/25/09                                            AGT

NAMED INSURED: MAGNOLIA CENTER, INC.        POLICY NUMBER: 01-CH-915834-2
```

```
********************
*GENERAL LIABILITY*
********************
```

THE FOLLOWING HAS BEEN ADDED
----------------------------

| CLASS | CLASSIFICATION-PREMIUM BASIS | EXPOSURE | RATE | PREMIUM |
|-------|------------------------------|----------|------|---------|
| | COMMERCIAL GENERAL LIABILITY OTHER THAN PRODUCTS-COMPLETED OPERATIONS | | | |
| 61217 | ** LOCATION # 2 ** BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) - MAINTAINED BY THE INSURED - OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS & COMPLETED OPERATIONS AREA (PER 1000 SQUARE FEET) | 3,340 | 84.8560 | $ 283.00 |
| | CERTIFIED ACTS OF TERRORISM | | | $ 19.00 |



GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

SEATTLE, WASHINGTON


POLICY FORMS                                            PAGE PF    1-LAST


NAMED INSURED:  MAGNOLIA CENTER, INC.          POLICY NUMBER:  01-CH-915834-2


THE FOLLOWING FORMS APPLY TO THIS POLICY:


COMMERCIAL PROPERTY
-------------------
CM0001(0904) - COMMERCIAL INLAND MARINE CONDITIONS
CM0066(0904) - ACCOUNTS RECEIVABLE COVERAGE FORM
CM0116(0900) - FLORIDA CHANGES - LOSS PAYMENT
CM7809(1188) - PROCESSORS COVERAGE
CM7840(0198) - ELECTRONIC DATA PROCESSING
CM7841(0198) - ELECTRONIC DATA PROCESSING - MECHANICAL
CM7850(0198) - MOTOR TRUCK CARGO OWNERS COVERAGE FORM
CM7856(0198) - TRANSPORTATION COVERAGE FORM
CM7870(1098) - PEAK PROGRAM EXHIBITION RISKS COV FORM
CM7871(1098) - PEAK PROGRAM IM EXTENSION ENDORSEMENT
CM7872(1188) - SALESPERSONS SAMPLES COVERAGE
CM7878(1098) - PEAK PROGRAM REPLACEMENT COST ENDT
CM7881(1188) - COMMERCIAL FINE ARTS COVERAGE FORM
CP0010(0402) - BLDG & PERSONAL PROPERTY COVERAGE FORM
CP0030(0402) - BUSINESS INCOME & EXTRA EXPENSE COV FORM
CP0090(0788) - COMMERCIAL PROPERTY CONDITIONS
CP0125(1007) - FL CHANGES
CP0140(0706) - EXCL OF LOSS DUE TO VIRUS OR BACTERIA
CP0321(0695) - WIND/HAIL PERCENTAGE DEDUCTIBLE
CP1030(0402) - CAUSE OF LOSS - SPECIAL FORM
CP7515(1102) - PEAK PROPERTY
CP7534(1098) - TIME ELEMENT COV CHANGES-PEAK PROGRAM
CP7536(1202) - PEAK PROGRAM LIMITS SUMMARY
CP7566(1001) - EQUIPMENT BREAKDOWN ENDORSEMENT
CP7577(1000) - ORDINANCE OR LAW COVERAGE
C4654 (0707) - POLICYHOLDER NOTICE-FL CPIC SURCHARGE
IL0017(1198) - COMMON POLICY CONDITIONS
IL0175(0907) - LEGAL ACTION AGAINST US
IL0255(0808) - FLORIDA CHANGES - CANCEL/NONRENEWAL
IL0401(1007) - FL SINKHOLE LOSS COVERAGE
IL0935(0702) - EXCL OF CERTAIN COMPUTER-RELATED LOSSES
IL0952(0308) - CERT ACTS OF TERRORISM - CAP ON LOSSES
IL7201(0392) - COMPANY COMMON POL CONDITIONS

GENERAL INSURANCE COMPANY OF AMER...
FIRST NATIONAL INSURANCE COMPANY OF ...  RICA          PAGE   01
SEATTLE, WASHINGTON                    AGT

```
**********************************
*        POLICY CHANGE          *
*     EFFECTIVE: 06-25-09       *            POLICY NUMBER:  01-CH-915834-2
**********************************
```

```
NAMED      MAGNOLIA CENTER, INC.          AGENT:  BROWN & BROWN PINELLAS
INSURED    MAGNOLIA EXECUTIVE SUITES, INC          PO BOX 2456
MAILING    PO BOX 82282                             CLEARWATER, FL 33757
ADDRESS:   TAMPA, FL 33682                          09-16322        (317)
                                                    (727) 461-6044
```

POLICY PERIOD:    FROM 06-25-09 TO 06-25-10

```
********************************************************************************
*                                                                             *
*    THE CHANGE IN YOUR POLICY RESULTS IN NO CHANGE IN PREMIUM.                *
*                                                                             *
*    Correcting Named Insured.                                                *
*                                                                             *
********************************************************************************
```

THE FOLLOWING HAS BEEN CHANGED
------------------------------







9-CM(01-86) NORTHEAST          (TEDBR )  INSURED COPY          PREPARED 06-18-09

NAMED INSURED EXTENSION                    PAGE 2
AMERICAN STATES INSURANCE COMPANY
SEATTLE, WASHINGTON

POLICY NUMBER: 01-CH-915834-2

The following is a complete list of the named insureds:

MAGNOLIA CENTER, INC.
MAGNOLIA EXECUTIVE SUITES, INC





ADDLNAMINS089461                    Safeco and the Safeco logo are registered trademarks of Safeco Corporation

```
BROWN & BROWN PINELLAS
PO BOX 2456
CLEARWATER, FL 33757
```

```
MAGNOLIA CENTER
MAGNOLIA EXECUTIVE SUITES, INC
PO BOX 82282
TAMPA, FL 33682
```

C 45 15 08 06

```
NAMED    MAGNOLIA CENTER                    AGENT     BROWN & BROWN PINELLAS
INSURED  MAGNOLIA EXECUTIVE SUITES, INC     NAME      PO BOX 2456
AND      PO BOX 82282                       AND       CLEARWATER, FL 33757
MAILING  TAMPA, FL 33682                    ADDRESS
ADDRESS                                               09-16322   (727) 461-6044
```

Dear Liberty Mutual Policyholder:

Your current insurance policy will be expiring soon. We appreciate your business and want to continue to be your choice for business insurance. You will be receiving your new policy before your current policy expires. The new policy may have a different insuring company than your expiring policy. Liberty Mutual provides insurance under several different insurance companies. We use these companies to ensure that we provide the most appropriate rates to every policyholder.

A change in insuring company does not affect the coverage provided by your policy.  You can still enjoy all the benefits of insuring through Liberty Mutual such as:

- The sophisticated nationwide claim service network
- A wide variety of coverages and options, allowing you to customize your protection
- Increased limits for many additional coverages
- The expertise of a market leader in business insurance

Refer to the list of Liberty Mutual insuring companies on the declarations page of your new policy to determine if any of the companies have changed. Please contact your agent if you have any questions.

Thank you for entrusting us with your business insurance needs. We appreciate having you as a customer!

Sincerely,

Montgomery Insurance

```
          Policyholder Name:    MAGNOLIA CENTER
          Policy Number:        01-CH-915834-1
          Expiration Date:      06-25-09
```

C 43 55 01 05

## NOTICE TO POLICYHOLDERS — POTENTIAL REDUCTION IN COVERAGE

## WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE
## AND/OR
## WINDSTORM OR HAIL EXCLUSION

Your policy includes one or both of the following endorsements, and may represent a change from the expiring policy:

WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE, CP 03 21 — if attached to your policy, Windstorm or Hail losses are subject to a percentage deductible for one or more locations. The deductible percentage(s) apply separately to each building, personal property in each building, and personal property in the open, if such property is covered on your policy. Examples of how the percentage deductibles apply are included in the deductible endorsement. Please review this endorsement and your policy declarations carefully to determine which location(s) are subject to the percentage wind/hail deductible and the applicable percentage(s).

WINDSTORM OR HAIL EXCLUSION, CP 10 54 — if attached to your policy, Windstorm or Hail are not covered causes of loss at one or more locations. Please review this endorsement and your policy declarations to determine which location(s), if any, are subject to this wind/hail exclusion.

No coverage is provided by this policyholder notice, nor can it be construed to replace any provisions of your policy. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

If you have any questions, your independent agent will be happy to assist you.

C 43 47 03 05

### GENERAL LIABILITY

### NOTICE TO POLICYHOLDERS

### ·EXCLUSION — VIOLATION OF STATUES THAT GOVERN
### E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF
### SENDING MATERIAL OR INFORMATION

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage changes when the exclusion for violation of statutes that govern e-mails, fax phone calls or other methods of sending material or information is attached to this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply. Please read your policy, and the endorsement attached to your policy, carefully.

This notice contains a brief synopsis of the following endorsement:

- CG 00 67 03 05 — Exclusion — Violation Of Statutes That Govern E-mails, Fax, Phone Calls Or Other Methods Of Sending Material Or Information

When the above-referenced endorsement is attached to your policy, coverage is excluded for bodily injury and property damage under Coverage A and personal and advertising injury under Coverage B, arising directly or indirectly out of any action or omission that violates or is alleged to violate the Telephone Consumer Protection Act (TCPA), the CAN-SPAM Act of 2003 (including any amendment of or addition to such laws), or any other statute, ordinance or regulation that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

This is a reduction in coverage in states where, absent the wording of this endorsement, courts would consider coverage to be provided for violations of the above-mentioned acts or of other similar statutes, regulations or ordinances.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EP

C 47 00 01 08

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that Terrorism Risk Insurance Act, as amended, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, *as defined in Section 102(1) of the Act:* The term "act of terrorism" means any act that is certified by the Secretary of the Treasury — in concurrence with the Secretary of State, and the Attorney General of the United States — to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

The premium charge for certified acts of terrorism under the program is presented on the declarations page of your policy. If there was a premium charged for this coverage, the amount will be shown on the policy declarations page and included in your billing.

## SAFECO PROPERTY & CASUALTY INSURANCE COMPANIES

Safeco Plaza
Seattle, WA 98185-0001                                                                    Phone: (206) 545-5000

### SAFECO BUSINESS INSURANCE

### Florida Commercial Property and Casualty Risk Management Programs

Florida statutes reflect the legislature's concern about the availability of risk management services to purchasers of commercial property and casualty insurance.

We want to inform you about the risk management services we offer to our commercial property and casualty insureds. Although the responsibility for implementing risk management plans rests with you, the policyholder, we are able to assist you in this endeavor.

We provide our services based on the nature of your business, your business's size, hazards, or previous loss experience. We will also provide services to you when you request them. There is no charge for these services. The services we offer as part of our risk management program are described below.

1. Survey of Premises — We can conduct a survey of your premises to identify hazards, and existing physical and management controls of those hazards, at your business. When uncontrolled hazards are noted, we will provide you with written recommendations for improvement. We can conduct surveys in a number of areas including:

   a. Fire prevention and protection
   b. Product liability loss control
   c. Surveys for liability hazards resulting from the operations of your business or your premises
   d. Automobile liability surveys for liability and physical damage
   e. Technical surveys on a variety of specific hazards

2. Risk Management Guidelines — we can provide you with criteria for evaluating risk in your own business operations, selecting control measures, and developing your own risk management plan.

3. Risk Management Plans — we can work with you directly to develop a risk management plan, based on results of an on-site survey of your operations, to control hazards identified in your business. We can assist you in developing a specific program to help monitor your risk management plan's effectiveness in controlling hazards specific to your business.

4. Training — we offer organized supervisory training programs for accident prevention and control, as well as fleet safety management, and fire prevention. We also offer a variety of driver improvement programs to customers who have passenger, van, or truck fleets.

5. Management consultation on a wide variety of technical subjects.

6. Management Support Materials — these materials include educational and promotional pamphlets on a variety of specific hazards with suggestions for hazard control. Also available are accident investigation forms, plant inspection checklists, safety meeting documentation forms, and a wide variety of warning signs and posters.

Our staff of technically trained risk control representatives is ready to assist you. Contact your insurance agent or the office listed below if you need assistance or have questions. You may also complete the response section of this form and mail to the address below.

*William A. Rankin (signature)*

William A. Rankin, CSP
Assistant Vice President
Safeco Risk Control Services

South Zone
PO Box 100027
Duluth, GA 30096-9427
Phone: (678) 417-3061
Attn: Art Roberson, CSP
Field Manager, Risk Control Services

☐    Yes, I would like to request risk control services.

Policy Number:    01-CH-915834-20

Company Name:    MAGNOLIA CENTER
                 MAGNOLIA EXECUTIVE SUITES, INC

Street Address:    _____

City, State, ZIP:    _____

Contact Name:    _____

Phone Number:    _____

Services Requested/Comments:    _____

_____

_____

_____

_____

_____

                                _____
                                            Signed

6-4578
(02-00)

# HOW TO SAVE MONEY AT AUDIT TIME

**When, and why is an audit necessary?** An audit is necessary after the expiration of a policy which has a variable premium base, such as payroll or sales. It is necessary to determine the correct exposure or premium base for the insurance coverage provided.

The original premium on this policy was an estimated premium. The final audit determines the actual premium. When actual exposures differ from estimated exposures, an adjustment must be made to the premium of the expired policy.

**How should your records be kept?** Proper record keeping will permit the auditor to apply any allowable credits to your final premium. When the auditor requests payroll information, this means remuneration. Remuneration means money or any substitute for money.

To obtain proper credits, your books should reflect the following:

Overtime: In most states the amount paid in excess of straight-time pay can be deducted if the excess can be verified in your records. You must show overtime pay separately by employee and in summary by classification of work. If this is done, the auditor will be able to make deductions from your payrolls.

**Without the proper breakdown, no overtime deduction can be made.**

Division of Payroll: Generally, a division of an individual employee's payroll to more than one classification is not allowed, except for construction or erection workers. In these cases, the payroll may be allocated to each type of work performed if proper records are kept. Your records must show the number of hours and amount of payroll for each type of work. Without an adequate breakdown, the full payroll must be charged to the highest-rated classification.

If you are a contractor and your exposure is based on the number of employees (Ultra Contractors Policy) , it will be necessary for the auditor to determine the actual number of days that each employee worked during the policy term. This is required to assure that your policy premium will adequately reflect the actual exposures.

---

Subcontractors:

All subcontractors that you use must provide you with current certificates of insurance proving they have General Liability insurance as well as Workers' Compensation insurance for the time that work is performed. If American States Business Insurance is providing your general liability coverage, the limit of liability required by each of your subcontractors is a minimum of $100,000 of coverage or at least 50 percent of your liability insurance policy limits – which ever is less.

**If the certificates of insurance are not available for review, the subcontractor amounts must be treated as payroll and appropriate premium charges will be made.**

Sales Records: If your policy is based upon gross sales, the records need to be separated by location in order for us to be able to rate your policy properly. There are some allowable deductions from the total sales. These include:

- Sales and excise taxes collected and submitted to a government division.

- Credits for repossessed and returned products, including allowances for spoiled and damaged goods.

- Royalty income from patent rights or copyrights which are not product sales.

- Freight charges on sales, if freight is charged as a separate item on the customer's invoice.

Note: If an audit is needed, the above information represents the general rules that are in effect in most jurisdictions. There are exceptions to these rules that may apply in your state. We suggest that you discuss your particular situation with your agent.

Your Independent Montgomery Insurance Agent:

BROWN & BROWN PINELLAS
PO BOX 2456
CLEARWATER, FL 33757

(727) 461-6044



MAGNOLIA CENTER
MAGNOLIA EXECUTIVE SUITES, INC
PO BOX 82282
TAMPA, FL 33682



Your

## PEAK PACKAGE POLICY



GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

A Stock Company
Safeco Plaza
Seattle, WA 98185-0001

Cover1 09 03                                                                                                    EP

# If You Have a Claim

Montgomery Insurance
has an unparalleled history of being there when our
customers need us the most.  Our state-of-the-art, 24-hour claim service
ensures your claim will be handled quickly.  We'll do everything we
can to get you and your business back on track as quickly as possible.

The telephone number for all claims is:

# 1-800-332-3226

*Please note.  For Workers Compensation Policies, some states assess fines
and/or penalties for failure to report employee injuries in a timely manner.*

*Thank you for allowing
Montgomery Insurance
to fulfill your insurance needs.
If you have any questions regarding your policy,
please contact your independent insurance agent.*

COVBK 8/03

EP

GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

SEATTLE, WASHINGTON
PEAK PACKAGE POLICY

| | | |
|---|---|---|
| NAMED INSURED AND MAILING ADDRESS | MAGNOLIA CENTER<br>MAGNOLIA EXECUTIVE SUITES, INC<br>PO BOX 82282<br>TAMPA, FL 33682 | **RENEWAL DECLARATIONS** |

POLICY NUMBER   01-CH-915834-2

RENEWAL OF     01-CH-915834-1    06-08

AGENT NAME AND ADDRESS    BROWN & BROWN PINELLAS
PO BOX 2456
CLEARWATER, FL 33757

0916322        (727) 461-6044

POLICY PERIOD FROM  06-25-09  TO  06-25-10  12:01 AM
STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

THE TOTAL ESTIMATED PREMIUM FOR THE POLICY TERM IS       $5,905.76.
YOU WILL BE BILLED THROUGH YOUR CUSTOMER ACCOUNT #844-5322-047-01.
THIS POLICY IS SUBJECT TO A FINAL AUDIT.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, THE COMPANIES INDICATED ON THE SPECIFIC COVERAGE PART DECLARATIONS AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS RENEWAL SERVES THE SAME PURPOSE AS WRITING A NEW POLICY WITH THE SAME PROVISIONS, CONDITIONS AND INSURING AGREEMENTS. THE INDIVIDUAL COVERAGE PART DECLARATIONS WHICH FOLLOW, LIST ALL OF THE FORMS THAT APPLY TO YOUR RENEWAL AND THOSE, IF ANY, WHICH NO LONGER APPLY. ONLY NEW OR REVISED FORMS ARE ATTACHED TO THIS RENEWAL. YOU MUST ADD THEM TO YOUR PRIOR POLICY.

| | | |
|---|---|---|
| COMMERCIAL PROPERTY COVERAGE PART | ............... $ | 4,840.75 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | ............... $ | 1,018.01 |
| | | 5,858.76 |
| PREMIUM FOR CERTIFIED ACTS OF TERRORISM | ............. $ | 47.00 |
| TOTAL POLICY PREMIUM | ............. $ | 5,905.76 |

AUTHORIZED

____04-20-09____    BY    WILLIAM D EVANS
(DATE)                  (AUTHORIZED REPRESENTATIVE)

9-CCR (0207)                    COMPANY USE ONLY

NORTHEAST        25 (TEDBRO) CB    INSURED COPY    PREPARED 04-20-09

GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

SEATTLE, WASHINGTON

PREMISES ADDRESSES                                    PAGE PR    1

NAMED INSURED:  MAGNOLIA CENTER              POLICY NUMBER:  01-CH-915834-2

PREMISES  1
16017 N FLORIDA AVE
LUTZ, FL 33549




( ERAL INSURANCE COMPANY OF AMERI
SEATTLE, WASHINGTON

COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                     PAGE CP   1

NAMED INSURED:  MAGNOLIA CENTER              POLICY NUMBER:  01-CH-915834-2


                 MAXIMUM LIMIT OF INSURANCE:  $   1,078,360**

    ** THIS MAXIMUM LIMIT MAY INCLUDE CERTAIN "ON-PREMISES INLAND MARINE" COVERAGE(S).
       IF FORM CP7547--ACTUAL LOSS SUSTAINED BUSINESS INCOME COVERAGE IS INCLUDED, IT
       IS AN ADDITIONAL AMOUNT OF INSURANCE AND NOT INCLUDED IN THE MAXIMUM LIMIT.
       REFER TO THE PEAK PROGRAM LIMITS SUMMARY FORM(S) FOR A COMPLETE DEFINITION OF
       "MAXIMUM LIMIT".

                          *******************

    PREMISES   1  16017 N FLORIDA AVE
                  LUTZ, FL 33549

    BUILDING   1  GENERAL INSURANCE COMPANY OF AMERICA
                  OCCUPANCY:    CONSULTANTS - N O C

---

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUILDING | INCLUDED IN MAXIMUM LMT | $ 1,000 | | |
| SPECIAL CAUSES OF LOSS | | | $ .400 $ | 3,571.00 |
| CERTIFIED ACTS OF TERRORISM | | | .003 | 27.00 |
| REPLACEMENT COST | | | | |
| DEDUCTIBLE EXCEPTION: | | | | |
| WINDSTORM OR HAIL DEDUCTIBLE | | 5% | | |
| BUSINESS INCOME (AND EXTRA EXPENSE) | $ 100,000 INCLUDED IN MAXIMUM LMT | 1,000 | | |
| 1/6 MONTHLY LIMIT | | | | |
| SPECIAL CAUSES OF LOSS | | | .577 | 519.00 |
| CERTIFIED ACTS OF TERRORISM | | | .003 | 3.00 |
| OFFICE CONTENTS | INCLUDED IN MAXIMUM LMT | 1,000 | | |
| SPECIAL CAUSES OF LOSS | | | .453 | 388.00 |
| CERTIFIED ACTS OF TERRORISM | | | .003 | 3.00 |
| REPLACEMENT COST | | | | |
| DEDUCTIBLE EXCEPTION: | | | | |
| WINDSTORM OR HAIL DEDUCTIBLE | | 5% | | |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   1 $     239.00
    DIRECT DAMAGE DEDUCTIBLE                        $   1,000
    INDIRECT DAMAGE DEDUCTIBLE                      24 HOURS

                          *******************

COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                    PAGE CP    2

NAMED INSURED:   MAGNOLIA CENTER                POLICY NUMBER:   01-CH-915834-2


                            ********************

PREMIUM ADJUSTMENTS:
   FLORIDA SURCHARGE                                              $      4.75
     FLORIDA EMERGENCY FUND                                       $      4.00
     FHCF ASSESSMENT                                              $     48.00
     FLORIDA CITIZENS 2005 EMERGENCY ASSESSMENT                   $     67.00
                                                                       _____
COMMERCIAL PROPERTY TOTAL                                         $   4,873.75

A PREMIUM OF $    33.00 IS INCLUDED IN THE TOTAL ABOVE FOR CERTIFIED ACTS OF
TERRORISM.

1ST NATIONAL INSURANCE CO. OF AMERICA
SEATTLE, WASHINGTON

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS          PAGE CG   1

NAMED INSURED:  MAGNOLIA CENTER                    POLICY NUMBER:  01-CH-915834-2
FORM OF BUSINESS:  ORGANIZATION OTHER THAN A PARTNERSHIP OR JOINT VENTURE

---

## L I M I T S   O F   I N S U R A N C E

---

COMMERCIAL GENERAL LIABILITY
  GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS)   $2,000,000
  PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT                         $2,000,000
  PERSONAL AND ADVERTISING INJURY LIMIT                                 $1,000,000
  EACH OCCURRENCE LIMIT                                                  $1,000,000
  DAMAGE TO PREMISES RENTED TO YOU (ANY ONE PREMISES)                   $1,000,000
  MEDICAL EXPENSE LIMIT (ANY ONE PERSON)                                $   10,000

EMPLOYMENT PRACTICES LIABILITY
  AGGREGATE LIMIT                                                        $   10,000
  EACH CLAIM LIMIT                                                       $   10,000

---

RETROACTIVE DATE OF   06-25-08 APPLIES TO SECTION I OF THE EMPLOYMENT PRACTICES
LIABILITY FORM.   THIS INSURANCE DOES NOT APPLY TO ANY 'EMPLOYMENT PRACTICES'
WHICH OCCURRED BEFORE THE RETROACTIVE DATE.

---

| CODE | CLASSIFICATION-PREMIUM BASIS | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|

---

COMMERCIAL GENERAL LIABILITY OTHER THAN PRODUCTS-COMPLETED OPERATIONS

PREMISES   1

| CODE | CLASSIFICATION-PREMIUM BASIS | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|
| 41677 | CONSULTANTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT PAYROLL (PER $1,000) | 360,000 | .7780 $ | 280.00 |
| 61217 | BUILDINGS OR PREMISES – BANK OR OFFICE – MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) – MAINTAINED BY THE INSURED – OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT AREA (PER 1000 SQUARE FEET) | 8,000 | 84.8780 | 679.00 |

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS          PAGE CG    2

NAMED INSURED:  MAGNOLIA CENTER              POLICY NUMBER:  01-CH-915834-2

| CODE | CLASSIFICATION-PREMIUM BASIS | EXPOSURE | RATE | PREMIUM |
|------|------------------------------|----------|------|---------|

EMPLOYMENT PRACTICES LIABILITY

PREMISES  NA

| 00234 | EMPLOYMENT PRACTICES LIABILITY (PER UNIT) | | | $  34.00 |

********************

PREMIUM ADJUSTMENTS:

| CERTIFIED ACTS OF TERRORISM | $  14.00 |
|-----------------------------|----------|
| FLORIDA SURCHARGE | $   1.01 |
| FHCF ASSESSMENT | $  10.00 |
| FLORIDA CITIZENS 2005 EMERGENCY ASSESSMENT | $  14.00 |
| COMMERCIAL GENERAL LIABILITY TOTAL | $ 1,032.01 |

728X

9-CC(GL)(0207)NORTHEAST          (TEDBR)          PREPARED  04-20-09 CMD40 SEQ.0001

GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

SEATTLE, WASHINGTON


POLICY FORMS                                                PAGE PF    1


NAMED INSURED:  MAGNOLIA CENTER           POLICY NUMBER: 01-CH-915834-2


THE FOLLOWING FORMS APPLY TO THIS POLICY:


COMMERCIAL PROPERTY
--------------------
CM0001(0904) — COMMERCIAL INLAND MARINE CONDITIONS
CM0066(0904) — ACCOUNTS RECEIVABLE COVERAGE FORM
CM0116(0900) — FLORIDA CHANGES — LOSS PAYMENT
CM7809(1188) — PROCESSORS COVERAGE
CM7840(0198) — ELECTRONIC DATA PROCESSING
CM7841(0198) — ELECTRONIC DATA PROCESSING — MECHANICAL
CM7850(0198) — MOTOR TRUCK CARGO OWNERS COVERAGE FORM
CM7856(0198) — TRANSPORTATION COVERAGE FORM
CM7870(1098) — PEAK PROGRAM EXHIBITION RISKS COV FORM
CM7871(1098) — PEAK PROGRAM IM EXTENSION ENDORSEMENT
CM7872(1188) — SALESPERSONS SAMPLES COVERAGE
CM7878(1098) — PEAK PROGRAM REPLACEMENT COST ENDT
CM7881(1188) — COMMERCIAL FINE ARTS COVERAGE FORM
CP0010(0402) — BLDG & PERSONAL PROPERTY COVERAGE FORM
CP0030(0402) — BUSINESS INCOME & EXTRA EXPENSE COV FORM
CP0090(0788) — COMMERCIAL PROPERTY CONDITIONS
CP0125(1007) — FL CHANGES
CP0140(0706) — EXCL OF LOSS DUE TO VIRUS OR BACTERIA
CP0321(0695) — WIND/HAIL PERCENTAGE DEDUCTIBLE
CP1030(0402) — CAUSE OF LOSS — SPECIAL FORM
CP7515(1102) — PEAK PROPERTY
CP7534(1098) — TIME ELEMENT COV CHANGES-PEAK PROGRAM
CP7536(1202) — PEAK PROGRAM LIMITS SUMMARY
CP7566(1001) — EQUIPMENT BREAKDOWN ENDORSEMENT
CP7577(1000) — ORDINANCE OR LAW COVERAGE
C4654 (0707) — POLICYHOLDER NOTICE-FL CPIC SURCHARGE
IL0017(1198) — COMMON POLICY CONDITIONS
IL0175(0907) — LEGAL ACTION AGAINST US
IL0255(0808) — FLORIDA CHANGES — CANCEL/NONRENEWAL
IL0401(1007) — FL SINKHOLE LOSS COVERAGE
IL0935(0702) — EXCL OF CERTAIN COMPUTER-RELATED LOSSES
IL0952(0308) — CERT ACTS OF TERRORISM — CAP ON LOSSES
IL7201(0392) — COMPANY COMMON POL CONDITIONS

GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE CO. OF AMERICA

SEATTLE, WASHINGTON

POLICY FORMS                                        PAGE PF   2-LAST


NAMED INSURED:  MAGNOLIA CENTER            POLICY NUMBER:  01-CH-915834-2


THE FOLLOWING FORMS APPLY TO THIS POLICY:

COMMERCIAL GENERAL LIABILITY
-----------------------------

CG0001(1204) - COMMERCIAL GENERAL LIABILITY COV FORM
CG0067(0305) - EXCLUSION - VIOLATION OF STATUTES
CG0220(1207) - FL CHANGES - CANCELLATION
CG2147(0798) - EMPLOYMENT-RELATED PRACTICES EXCLUSION
CG2170(0108) - CAP ON LOSSES - CERTIFIED ACTS TERRORISM
CG7635(0207) - LIABILITY PLUS ENDORSEMENT
CG8022(0207) - EMPLOYMENT PRACTICES LIABILITY
CG8037(0207) - FLORIDA CHANGES-CANC & NON
CG8613(1001) - EXCLUSION - ASBESTOS
C4654 (0707) - POLICYHOLDER NOTICE-FL CPIC SURCHARGE
IL0017(1198) - COMMON POLICY CONDITIONS
IL0021(0702) - NUCLEAR ENERGY LIABILITY ENDORSEMENT
IL7201(0392) - COMPANY COMMON POL CONDITIONS
6-1886(0300) - FL SPEC NOTICE TO POLICYHO


THE FOLLOWING FORMS NO LONGER APPLY TO THIS POLICY:


COMMERCIAL PROPERTY
-------------------

CP0125(1206) - FL CHANGES
CP7516(1102) - PEAK EXTRA PROPERTY
CP7526(1202) - PEAK BUS INC COV EXTENSION END
CP7540(1202) - PEAK EXTRA LIMITS SUMMARY
CP7578(1000) - ORDINANCE OR LAW COVERAGE
IL0175(0993) - LEGAL ACTION AGAINST US
IL0255(0707) - FLORIDA CHANGES - CANCEL/NONRENEWAL
IL0935(0701) - EXCL OF CERTAIN COMPUTER-RELATED LOSSES
IL0952(1102) - CERT ACTS OF TERRORISM - CAP ON LOSSES

COMMERCIAL GENERAL LIABILITY
-----------------------------

CG0220(0707) - FL CHANGES - CANCELLATION
CG2170(1102) - CAP ON LOSSES - CERTIFIED ACTS TERRORISM
IL0021(0498) - NUCLEAR ENERGY LIABILITY ENDORSEMENT


9-CC(PF) (0207)   NORTHEAST              (TEDBRO)        PREPARED 04-20-09

6-2814
(11-92)

Dear Florida Policyholder:

RE:  Premium Surcharge

On your policy declarations attached, you will see a new heading titled "Florida Surcharge".  This .1% surcharge is the result of recent legislation passed in the state of Florida, effective July 1, 1992. The surcharge applies to all premiums on your policy, except automobile premiums.

All money collected under the new surcharge will be forwarded to the Florida Department of Revenue. When the surcharge is received and audited by the Department, it will be deposited into the Fire College Trust Fund.

If you have any questions regarding this surcharge on your policy, please contact your Independent Agent.

AMERICAN STATES INSURANCE COMPANIES



COMMERCIAL PROPERTY
CP 75 36 12 02

# PEAK PROGRAM LIMITS SUMMARY

The following is a summary of many of the Coverage Extensions, Additional Coverages and other limits found in the PEAK PROGRAM. Those coverages and limits shown below are only a summary. You must refer to all coverage Declarations, coverage parts, forms, endorsements and terms of this policy for complete information about the property covered, property not covered, covered causes of loss, coverage conditions, coverages provided, coverage limitations, coverage limits and coverage exclusions. If limits shown in the Declarations or in endorsements are different than the limits shown in the following, those limits replace the limits shown below.

MAXIMUM LIMIT OF INSURANCE — Our aggregate limit of Insurance for all loss resulting from a single occurrence shall not exceed, after application of all deductibles, the Maximum Limit of Insurance shown in the Declarations.



COVERAGE EXTENSIONS
| | |
|---|---|
| Brand and Label | $10,000 or refer to the Declarations |
| Inflation Guard | 4% or refer to the Declarations |
| Lawn Coverage | $2,000 |
| Money and Securities | $500 (different limits may apply to Ultra Series programs) |
| Premises Limitation | 1000 feet |
| Inventory or Appraisals | $10,000 or $ |
| Consequential Damage | $10,000 or refer to the Declarations |

ADDITIONAL COVERAGES
| | |
|---|---|
| Arson Reward* | $5,000 |
| Fire Extinguisher Recharge | Actual Loss Sustained |
| Money Orders and Counterfeit Paper Currency | $1,000 |
| Extra Expense | $10,000 or refer to the Declarations ($25,000 for Ultra Series Programs) |
| Forgery or Alteration | $5,000 |
| Ordinance or Law — Coverage A | To building limit |
|     Coverages B and C — Combined Limit | $50,000 or refer to the Declarations |
|     Coverages B and C — Combined Limit — Ultra Peak Religious Institutions | $150,000 or refer to the Declarations |
| Utility Services — Direct Damage | $10,000 or refer to the Declarations |
| Spoilage — Direct Damage | $10,000 or refer to the Declarations |

INLAND MARINE COVERAGES
| | |
|---|---|
| Accounts Receivable | $25,000 or refer to the Declarations |
| Electronic Data Processing Coverage, including Mechanical and Electrical Breakdown Coverage | $50,000 or refer to the Declarations |
|     Extra Expense | $5,000 or refer to the Declarations |
| Exhibition Risks | $10,000 or refer to the Declarations |
| Commercial Fine Arts | $10,000 or refer to the Declarations |
| Motor Truck Cargo — Owners Form | $10,000 or refer to the Declarations |
| Transportation | $10,000 or refer to the Declarations |
| Salesperson Samples | $10,000 or refer to the Declarations |
| Processors Coverage | $25,000 or refer to the Declarations |

* This may not be included in some states.

Safeco® and the Safeco logo are trademarks of Safeco Corporation.

OTHER COVERAGES

| | |
|---|---|
| Building property includes plate glass, fences, signs and antennas | |
| Business personal property includes patterns, dies, molds and forms | |
| Fire Department Service Charge | Actual Loss Sustained |
| Pollutant Clean Up and Removal — including transit | $25,000 |
| Newly Acquired or Constructed Property — Building | $1,000,000 or refer to the Declarations |
| Business Personal Property | $500,000 or refer to the Declarations |
| Insurance will end | 90 days (180 days for Ultra Series) |
| Personal Effects and Property of Others | $10,000 or refer to the Declarations |
| Valuable Papers and Records — Other than Electronic Data | $25,000 or refer to the Declarations |
| Property Off-Premises | $25,000 |
| Outdoor Property — including additional perils in causes of loss | $10,000/$2,500 tree, shrub or plant or refer to the Declarations |
| Debris Removal Additional Limits | $25,000 or refer to the Declarations |
| Coinsurance — Additional Condition deleted | |
| Back up of water from sewer, drain or sump is a covered peril | |
| Theft loss to furs, fur garments | $5,000 |
| Theft loss to jewelry, watches, precious stones and metals | $5,000 |
| Theft loss to stamps, tickets and letters of credit | $500 Ultra Series programs |

COMMERCIAL PROPERTY
CP 01 25 10 07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. When this endorsement is attached to the Standard Property Policy CP 00 99 the term Coverage Part in this endorsement is replaced by the term Policy.

B. The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

C. The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

1. Broward County;

2. Dade County;

3. Martin County;

4. Monroe County;

5. Palm Beach County; and

6. All the areas east of the west bank of the Intra-Coastal Waterway in the Counties of:

   a. Indian River; and

   b. St. Lucie.

WINDSTORM EXTERIOR PAINT AND WATERPROOFING EXCLUSION

We will not pay for loss or damage caused by windstorm to:

1. Paint; or

2. Waterproofing material;

applied to the exterior of Buildings unless the Building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

a. The amount of the Windstorm or Hail Deductible; or

b. The value of Covered Property when applying the Coinsurance Condition.

D. The Loss Payment Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

(1) Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

(2) Within 30 days after we receive the sworn proof of loss and:

    (a) There is an entry of a final judgment; or

    (b) There is a filing of an appraisal award with us; or

(3) Within 90 days of receiving notice of claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

© ISO Properties, Inc., 2007

Paragraph (3) applies only to the following:

(a) A claim under a policy covering residential property;

(b) A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

(c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

E. Sinkhole Collapse Coverage Removed

Sinkhole Collapse coverage is removed as indicated in Paragraphs E.1. through E.4.; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph F.

1. In the Causes of Loss — Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement exclusion.

2. In the Causes of Loss — Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage — Collapse; and sinkhole collapse is no longer an exception to the Earth Movement exclusion.

3. In the Causes of Loss — Special Form, sinkhole collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement exclusion.

4. In the Mortgageholders Errors And Omissions Coverage Form, sinkhole collapse is deleted from the Covered Causes of Loss under Coverage B and from the "specified causes of loss", and is no longer an exception to the Earth Movement exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

F. The following is added to this Coverage Part as a Covered Cause Of Loss. In the Causes Of Loss — Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage — Collapse.

CATASTROPHIC GROUND COVER COLLAPSE

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

(a) The abrupt collapse of the ground cover;

(b) A depression in the ground cover clearly visible to the naked eye;

(c) Structural damage to the building, including the foundation; and

(d) The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, structural damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement exclusion and the Collapse exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

730X

 SAFECO

CP 75 15 11 02

# PEAK PROPERTY ENDORSEMENT

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERS FORM
> CAUSES OF LOSS — SPECIAL FORM

SECTION A. BUILDING AND PERSONAL PROPERTY COVERAGE FORM
         CONDOMINIUM ASSOCIATION COVERAGE FORM
         CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1.  The following items are amended as shown. All other text and provisions of the indicated item remain as
    written in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM
    ASSOCIATION COVERAGE FORM, or CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE
    FORM.

| Description of item with amended material: | Section | The most we will pay is increased to: |
|---|---|---|
| Building property includes fences, signs and antennas (including satellite dishes), if not covered by other insurance. This property is covered inside or outside of buildings. | A.1.a.(5) | |
| Your Business Personal Property includes: | | |
| Machinery and equipment, patterns, dies, molds and forms; | A.1.b.(2) | |
| Building plate glass that you have a contractual responsibility to insure as a building tenant. | A.1.b.(8) | |
| Debris Removal | A.4.a.(4) | $25,000 |
| Fire Department Service Charge | A.4.c. | Actual loss sustained |
| Pollutant Clean Up and Removal - The following is added: We will also pay your expense to extract "pollutants" from land or water away from the described premises if the expense directly results from a Covered Cause of Loss that occurs during the policy period to covered property while in transit. | A.4.d. | $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy. |
| Coverage Extensions - If a loss is covered by both a specific coverage form on this policy and a Coverage Extension, the coverage provisions of the specific coverage form apply to the loss. | A.5. | |

® A registered trademark of SAFECO Corporation

| Description of item with amended material: | Section | The most we will pay is increased to: |
|---|---|---|
| Newly Acquired or Constructed Property: | | |
| * (1) Building | A.5.a.(1) | $1,000,000 |
| + (2) Your Business Personal Property | A.5.a.(2) | $500,000 |
| (3) Insurance will end: "30 days" is replaced by "90 days" | A.5.a.(3)(b) | |
| Personal Effects and Property of Others: | | |
| (1) Personal Effects owned by you, your officers, your partners or members, your managers or employees | A.5.b.(1) | $10,000 |
| (2) Personal Property of others in your care, custody or control | A.5.b.(2) | $10,000 |
| Valuable Papers and Records (Other than Electronic Data) | A.5.c. | $25,000 |
| Property Off-Premises. | A.5.d.(3) | $25,000 |
| Outdoor Property: (6) Wind (7) Hail are added as causes of loss. References to fences, antennas and signs are deleted. | A.5.e. | $10,000, but not more $2,500 than on any one tree, shrub or plant |
| Limits of Insurance - the most we will pay for loss or damage in any one occurrence is the Maximum Limit of Insurance shown in the Declarations. Lesser limits apply to coverages which have specific limits stated in the Declarations or in forms or endorsements.

    Paragraph two reference to outdoor signs is deleted. | C. | |
| ** Valuation - If the cost to repair or replace the damaged building property is $5,000 or less, we will pay the cost of building repairs or replacement. | E.7.b. | |
| Additional Condition - Coinsurance - This condition is deleted. Other references in this Coverage Part to coinsurance are deleted. | F.1. | |
| Replacement Cost - The reference to Personal Property of Others is deleted. This Optional Coverage may apply to personal property of others. | G.3.b.(1) | |

2.  The following Coverage Extensions are added. The limits applicable to Coverage Extensions A.5.h., A.5.i., and A.5.j. are in addition to the Limits of Insurance. Other Coverage Extensions shown in the following will not increase the applicable Limit of Insurance.

| Description | Section | The most we will pay is: |
|---|---|---|
| Brand and Label - If covered business personal property is damaged, we have the option to take all or any part of the property at an agreed or appraised value. When you do not want your damaged "stock" sold under your brand or label, you may extend the insurance that applies to Your Business Personal Property to cover the cost to:
(1) Remove the brand or label from "stock" or its containers, and relabel the "stock" to comply with the law; or
(2) Label the damaged "stock" as salvage but, in doing so, you must cause no further damage to it. | A.5.g. | $10,000 |

721X

*    Not applicable for Condominium Commercial Unit-Owners Coverage Form.
+    Section is amended to read A.5.a.(1) on the Condominium Commercial Unit-Owners Coverage Form.
**   Section is amended to read E.8.b. on the Condominium Association Coverage Form. This amendment is not applicable for Condominium Commercial Unit-Owners Coverage Form.

| Description | Section | The most we will pay is: |
|---|---|---|
| In either case, we will pay the difference between the salvage value of the damaged "stock" with the brand or label attached, and its salvage value with the brand or label removed. In addition, we will pay your expenses for removing the brands or labels and relabeling the damaged "stock". | | |
| Inflation Guard - If Building coverage is shown in the Declarations and the Replacement Cost Optional Coverage has been selected for the building coverage, then the Optional Coverage - Inflation Guard as listed under section G of the Building and Personal Property Coverage Form, the Condominium Association Coverage Form or the Condominium Commercial Unit-Owners Coverage Form automatically applies to the building. The percentage increase is 4%. The insured may purchase a higher percentage under the Inflation Guard Optional Coverage. If the insured chooses a higher percentage, we will charge the difference between the additional premium due for the higher percentage and 4%. | A.5.h. | |
| Lawn Coverage - You may extend the insurance that applies to Building to apply to your lawns on which the property is located. The lawn exclusion in A.2.h. does not apply to this Extension of Coverage. | A.5.i. | $2,000 at each described premises |
| Money and Securities - You may extend the insurance that applies to Your Business Personal Property to apply to money and securities. The money and securities exclusion in A.2.a. does not apply to this Extension of Coverage. No deductible applies to this Extension of Coverage. | A.5.j. | $500 |
| Premises Limitation - The premises limitation found anywhere in the Commercial Property Coverage Part is broadened from "within 100 feet" of the described premises to "within 1000 feet" of the described premises. | A.5.k. | |
| Inventory or Appraisals - You may extend the insurance that applies to Your Business Personal Property to pay the cost of any inventories or appraisals that we require when loss or damage occurs to insured property. | A.5.l. | $10,000 |
| Consequential Damage - You may extend the insurance that applies to Your Business Personal Property to cover the consequential damage to your undamaged personal property. Consequential damage means a part or parts of your product are physically lost or damaged by a Covered Cause of Loss, causing the part or parts that are not damaged to be unmarketable as a complete product. | A.5.m. | $10,000 |

3. The following Additional Coverages are added. The limit provided for each of the Additional Coverages A.4.g., A.4.h., A.4.i., A.4.j., and A.4.k. is in addition to the Limits of Insurance. Other Additional Coverages shown in the following will not increase the applicable Limit of Insurance.

| Description | Section | The most we will pay is: |
|---|---|---|
| Arson Reward - We will pay an arson reward for information which leads to an arson conviction for loss or damage covered by this policy. This limit applies per occurrence, regardless of the number of persons providing information. No deductible applies to this Additional Coverage. | A.4.g. | $5,000 |

| Description | Section | The most we will pay is: |
|---|---|---|
| Fire Extinguisher Recharge - We will pay up to this amount for your expense of recharging portable fire extinguishers used to fight a fire at the premises described in the Declarations or at immediately adjacent premises which expose your property to loss. No deductible applies to this Additional Coverage. | A.4.h. | Actual loss sustained |
| Money Orders and Counterfeit Paper Currency - We will pay up to this amount in any one occurrence for loss caused by your accepting in good faith: (1) Any post office or express money orders which are not paid upon presentation; or (2) Counterfeit paper currency; in exchange for merchandise, services or money. No deductible applies to this Additional Coverage. | A.4.i. | $1,000 |

Extra Expense (Section A.4.j.)

(1)  We will pay the actual and necessary Extra Expense you sustain due to direct physical loss or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 1000 feet, caused by or resulting from any Covered Cause of Loss. If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

(a)  All routes within the building to gain access to the described premises; and
(b)  Your personal property in the open (or in a vehicle) within 1000 feet.

(2)  Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property:

(a)  To avoid or minimize the suspension of business and to continue "operations":

(i)   At the described premises; or
(ii)  At replacement premises or temporary locations, including:

(a)  Relocation expenses; and
(b)  Costs to equip and operate the replacement or temporary locations;

(b)  To minimize the suspension of business if you cannot continue "operations", or
(c)  (i)   To repair or replace any property; or
     (ii)  To research, replace or restore the lost information on damaged valuable papers and records; to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

(3)  Limits of Insurance
The most we will pay for loss or damage under this Additional Coverage is $10,000.

(4)  Insurance Under Two or More Coverages
If two or more of this policy's coverages apply to the same "loss", we will not pay more than the actual amount of "loss".

(5)  The provisions of this Additional Coverage are superseded if Extra Expense coverage is provided at limits equal to or greater than those provided by this Additional Coverage by another form attached to and made a part of this policy.

Forgery or Alteration (Section A.4.k.)

(1)  We will pay for loss involving Covered Instruments resulting directly from the Covered Causes of Loss.
(2)  Covered Instruments: checks, drafts, promissory notes or similar written promises, orders or directions to pay a sum certain in "money" that are:

(a)  Made or drawn by or drawn upon you;
(b)  Made or drawn by one acting as your agent;
that are purported to have been so made or drawn.

(3)  Covered Causes of Loss: forgery or alteration of, on or in any Covered Instrument.
(4)  Coverage Extension: Legal Expenses

If you are sued for refusing to pay any Covered Instrument on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay under this extension is in addition to the Limit of Insurance applicable to this Additional Coverage.

(5) Exclusions

   (a) Section B., Exclusions, of the Causes of Loss - Special Form does not apply to this Forgery or Alteration Coverage, except for:

      (i) Paragraph B.1.c., Governmental Action;

      (ii) Paragraph B.1.d., Nuclear Hazard; and

      (iii) Paragraph B.1.f., War and Military Action.

   (b) We will not pay for loss caused by or resulting from any of the following:

      (i) Dishonest or criminal acts committed by any of your "employees", directors or trustees:

         (a) Whether acting alone or in collusion with other persons; or

         (b) Whether while performing services for you or otherwise.

      (ii) Loss that is an indirect result of any act or "occurrence" covered by this insurance, including, but not limited to, loss resulting from:

         (a) Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Instruments.

         (b) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

         (c) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

      (iii) Expenses related to any legal action, except as provided in paragraph A.4.k.(4) above.

(6) Limits of Insurance

   The most we will pay for loss in any one "occurrence" is $5,000.

(7) Insurance Under Two or More Coverages

   If two or more of this policy's coverages apply to the same loss, we will pay the lesser of:

   (a) The actual amount of loss; or

   (b) The sum of the Limits of Insurance applicable to those coverages.

(8) Loss Sustained During Prior Insurance

   (a) If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or any predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

      (i) This insurance became effective at the time of cancellation or termination of the prior insurance; and

      (ii) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

   (b) The insurance under this Condition is part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

      (i) This insurance as of its effective date; or

      (ii) The prior insurance, had it remained in effect.

(9) The provisions of this Additional Coverage are superseded if Forgery or Alteration coverage is provided under another coverage form attached to and made a part of this policy.

## Utility Services - Direct Damage (Section A.4.l.)

(1) We will pay for loss of or damage to Covered Property, other than "Perishable Stock", described in the Declarations, caused by the interruption of service to the covered premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property, not on the described premises:

   (a) Water Supply Services, meaning the following types of property supplying water to the covered premises:

      (i) Pumping stations; and

      (ii) Water mains.

   (b) Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the covered premises, such as:

      (i)   Communication transmission lines, including optic fiber transmission lines;

      (ii)  Coaxial cables; and

      (iii) Microwave radio relays except satellites.

   (c) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the covered premises:

      (i)   Utility generating plants;

      (ii)  Switching stations;

      (iii) Substations;

      (iv) Transformers; and

      (v)  Transmission lines.

(2) Limits of Insurance

   (a) The most we will pay for loss or damage under this Additional Coverage is $10,000 at each covered building.

   (b) This Additional Coverage is included within the Limit of Insurance.

(3) The Utility Services exclusion in B.1.e. of the Causes of Loss - Special Form does not apply to this Additional Coverage.

(4) The provisions of this Additional Coverage are superseded if the Utility Services - Direct Damage Form is attached and made a part of this policy.

### Spoilage Due to Power Outage, Mechanical Breakdown, or Contamination - Direct Damage (Section A.4.m.)

(1) You may extend the insurance which applies to Your Business Personal Property to apply to spoilage of "perishable stock" caused by:

   (a) Breakdown or Contamination, meaning:

      (i)   Change in temperature or humidity caused by mechanical breakdown or failure of refrigerating, cooling, or humidity control equipment; and

      (ii)  Contamination by the refrigerant.

   (b) Power Outage, meaning change in temperature or humidity caused by complete or partial interruption of electrical power due to conditions beyond your control.

(2) This coverage does not apply to loss to stock which is outside of a building or in or on a vehicle unless the stock is being moved to prevent or reduce loss covered by this policy.

(3) EXCLUSIONS

   (a) Only the following Exclusions contained in paragraph B.1. of the Causes of Loss - Special Form apply to this Additional Coverage:

      (i)   Earth Movement;

      (ii)  Government Action;

      (iii) Nuclear Hazard;

      (iv) War and Military Action;

      (v)  Water.

   (b) The following Exclusions are added:

     We will not pay for loss or damage caused by:

      (i)   The disconnecting of any refrigerating, cooling or humidity control system from the source of power.

      (ii)  Shutting off electrical power by turning off the switch that controls the flow of electricity.

      (iii) The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

         (a) Lack of fuel; or

         (b) Governmental order.

      (iv) A power source at the described premises not having enough power to meet demand due to lack of generating capacity.

(4) The following is added to the DEFINITIONS section:

"Perishable stock", with respect to this Additional Coverage, means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

(5) The most we will pay under this Additional Coverage is $10,000 at each covered building. Payments under this Additional Coverage will not increase the applicable Limit of Insurance.

(6) The provisions of this Additional Coverage are superseded if a Spoilage Coverage Form is attached to and made a part of this policy.

4. The following are added under H. Definitions:

4. "Employees"

a. "Employees" means

(1) Any natural person

(a) While in your service (and for 30 days after termination of service); and

(b) Whom you compensate directly by salary, wages, or commissions; and

(c) Whom you have the right to direct and control while performing services for you; or

(2) Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises".

b. But "employees" does not mean any

(1) Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Director or trustee, except while performing acts coming within the scope of the usual duties of an employee.

5. "Loss" means accidental loss or damage.

6. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

7. "Occurrence" means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

8. "Operations" means the type of your business activities occurring at the described premises.

9. "Period of Restoration" means the period of time that:

a. Begins:

(1) 72 hours after the time of direct physical loss or damage for Business Income coverage; or

(2) immediately after the time of direct physical loss or damage for Extra Expense coverage; caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the earlier of:

(1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

SECTION B. CAUSES OF LOSS - SPECIAL FORM

The following items are amended as shown. These amendments apply only if the CAUSES OF LOSS -
SPECIAL FORM applies to this policy. All other text and provisions of the indicated item remain as written
in the CAUSES OF LOSS - SPECIAL FORM.

| Description of item with amended material: | Section | The most we will pay is: |
|---|---|---|
| EXCLUSIONS - Water that backs up or overflows from a sewer, drain or sump. This exclusion is deleted. | B.1.g.(3) | |
| LIMITATIONS - Building materials and supplies not attached as part of the building or structure. This limitation is deleted. | C.1.d. | |
| LIMITATIONS - Builders' machinery, tools and equipment. This limitation is deleted. | C.2.c. | |
| LIMITATIONS - Furs, fur garments and garments trimmed with fur, for loss or damage by theft. | C.3.a. | $5,000 |
| LIMITATIONS - Jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum, and other precious alloys or metals, for loss or damage by theft. | C.3.b. | $5,000 |
| LIMITATIONS - Patterns, dies, molds and forms, for loss or damage by theft. This limitation is deleted. | C.3.c. | |

73dX

COMMERCIAL PROPERTY
CP 75 77 10 00

POLICY NUMBER:  01-CH-915834-2

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

A. Each Coverage — Coverage A, Coverage B and Coverage C — is provided under this endorsement only with respect to the building(s) described in the Declarations.

B. Application Of Coverage(s)

The Coverage(s) provided by this endorsement apply only if both B.1. and B.2. are satisfied and are then subject to the qualifications set forth in B.3.

1. The ordinance or law:

   a. Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   b. Is in force at the time of loss.

   But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2. a. The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

   b. The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance law.

   c. But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this

endorsement even if the building has also sustained covered direct physical damage.

3. In the situation described in B.2.b. above, we will not pay the full amount of loss otherwise payable under the terms of Coverages A, B, and/or C of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

   (Section H. of this endorsement provides an example of this procedure.)

   However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages A, B, and/or C of this endorsement.

C. We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

D. Coverage

1. Coverage A — Coverage For Loss To The Undamaged Portion Of The Building

   With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Copyright, Insurance Services Office, Inc., 1999

Coverage A is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage A does not increase the Limit of Insurance.

2. **Coverage B — Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

3. **Coverage C — Increased Cost Of Construction Coverage**

a. With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

(1) Repair or reconstruct damaged portions of that building; and/or

(2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

(1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

b. When a building is damaged or destroyed and Coverage C applies to that building in accordance with 3.a. above, coverage for the increased cost of construction also applies to repair or construction of the following, subject to the same conditions stated in 3.a.:

(1) The cost of excavations, grading, backfilling and filling;

(2) Foundation of the building;

(3) Pilings; and

(4) Underground pipes, flues and drains.

The items listed in b.(1) through b.(4) above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, 3.b.

E. **Loss Payment**

1. All following loss payment Provisions, E.2. through E.3. are subject to the apportionment procedures set forth in Section B.3. of this endorsement.

2. When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

(1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

(2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

b. If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

(1) The actual cash value of the building at the time of loss; or

(2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

3. The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the combined limit of $50,000, applicable to the following loss payment provisions:

a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

b. With respect to the Increased Cost of Construction:

   (1) We will not pay for the increased cost of construction:

     (a) Until the property is actually repaired or replaced, at the same or another premises; and

     (b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   (2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

   (3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

G. Under this endorsement we will not pay for loss due to any ordinance or law that:

  1. You were required to comply with before the loss, even if the building was undamaged; and

  2. You failed to comply with.

H. Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section B.3. of this endorsement)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss
- The building has a value of $200,000
- Total direct physical damage to building: $100,000
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance or Law Coverage C of this endorsement: $60,000

Step 1:

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 / $100,000 = .30

Step 2.:

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage C loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverage A and B of this endorsement.

I. The provisions of the coverage provided under this endorsement are superseded by CP 04 05 Ordinance or Law Coverage form, if attached to and made a part of this policy.

COMMERCIAL GENERAL LIABILITY
CG 02 20 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES —
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

A. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

  2. **Cancellation Of Policies In Effect**

    a. **For 90 Days Or Less**

      If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

      (1) 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

      (2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

        (a) A material misstatement or mis-representation; or

        (b) A failure to comply with the underwriting requirements established by the insurer.

    b. **For More Than 90 Days**

      If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

      (1) Nonpayment of premium;

      (2) The policy was obtained by a material misstatement;

    (3) Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

    (4) A substantial change in the risk covered by the policy; or

    (5) The cancellation is for all insureds under such policies for a given class of insureds.

    If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

      (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      (b) 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

B. Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

  5. If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

© ISO Properties, Inc., 2007

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

C. The following is added and supersedes any other provision to the contrary:

NONRENEWAL

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

731X

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 08

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2007

EP

IL 01 75 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES —
# LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

      CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART

The following replaces the second paragraph of the
**Legal Action Against Us** condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss
or damage to property must be brought within 5 years
from the date the loss occurs.

© ISO Properties, Inc., 2006

IL 02 55 08 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLORIDA CHANGES — CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

A. Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following:

2. **Cancellation For Policies In Effect 90 Days Or Less**

a. If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

(2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(a) A material misstatement or misrepresentation; or

(b) A failure to comply with underwriting requirements established by the insurer.

b. We may not cancel:

(1) On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action

reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(2) On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole or clay shrinkage claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

(a) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

(b) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

(3) Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

738X

© ISO Properties, Inc., 2008

B. Paragraph 5. of the Cancellation Common Pol-
icy Condition is replaced by the following:

   5. If this policy is canceled, we will send the
   first Named Insured any premium refund
   due. If we cancel, the refund will be pro rata.
   If the first Named Insured cancels, the refund
   may be less than pro rata. If the return pre-
   mium is not refunded with the notice of can-
   cellation or when this policy is returned to us,
   we will mail the refund within 15 working
   days after the date cancellation takes effect,
   unless this is an audit policy.

   If this is an audit policy, then, subject to your
   full cooperation with us or our agent in se-
   curing the necessary data for audit, we will
   return any premium refund due within 90
   days of the date cancellation takes effect. If
   our audit is not completed within this time
   limitation, then we shall accept your own au-
   dit, and any premium refund due shall be
   mailed within 10 working days of receipt of
   your audit.

   The cancellation will be effective even if we
   have not made or offered a refund.

C. The following is added to the Cancellation
Common Policy Condition:

   7. Cancellation For Policies In Effect For
   More Than 90 Days

      a. If this policy has been in effect for more
      than 90 days, we may cancel this policy
      only for one or more of the following
      reasons:

         (1) Nonpayment of premium;

         (2) The policy was obtained by a mate-
         rial misstatement;

         (3) There has been a failure to comply
         with underwriting requirements es-
         tablished by us within 90 days of the
         effective date of coverage;

         (4) There has been a substantial
         change in the risk covered by the
         policy;

         (5) The cancellation is for all insureds
         under such policies for a given class
         of insureds;

         (6) On the basis of property insurance
         claims that are the result of an act
         of God, if we can demonstrate, by
         claims frequency or otherwise, that
         you have failed to take action rea-
         sonably necessary as requested by

us to prevent recurrence of damage
to the insured property;

         (7) On the basis of filing of claims for
         partial loss caused by sinkhole
         damage or clay shrinkage, or on the
         basis of the risk associated with the
         occurrence of such a claim, if:

            (a) The total of such property in-
            surance claim payments for this
            policy exceeds the current
            policy limits of coverage for
            property damage; or

            (b) You have failed to repair the
            structure in accordance with the
            engineering recommendations
            upon which any loss payment
            or policy proceeds were based;
            or

         (8) On the basis of a single property in-
         surance claim which is the result of
         water damage, if we can demon-
         strate that you have failed to take
         action reasonably requested by us
         to prevent a future similar occur-
         rence of damage to the insured
         property.

      b. If we cancel this policy for any of these
      reasons, we will mail or deliver to the
      first Named Insured written notice of
      cancellation, accompanied by the spe-
      cific reasons for cancellation, at least:

         (1) 10 days before the effective date of
         cancellation if cancellation is for
         nonpayment of premium; or

         (2) 45 days before the effective date of
         cancellation if:

            (a) Cancellation is for one or more
            of the reasons stated in Para-
            graphs 7.a.(2) through 7.a.(8)
            above; and

            (b) This policy does not cover a re-
            sidential structure or its con-
            tents; or

         (3) 100 days before the effective date
         of cancellation if:

            (a) Cancellation is for one or more
            of the reasons stated in Para-
            graphs 7.a.(2) through 7.a.(8)
            above; and

            (b) This policy covers a residential
            structure or its contents.

However, if cancellation is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation at least 100 days prior to the effective date of cancellation or by June 1, whichever is earlier. Therefore, when cancellation is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation by June 1.

D. The following is added:

NONRENEWAL

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

   a. 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents; or

   b. 100 days prior to the expiration of the policy if this policy covers a residential structure or its contents, unless c. applies.

   c. If this policy covers a residential structure or its contents and nonrenewal is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 100 days prior to the effective date of nonrenewal or by June 1, whichever is earlier. Therefore, when nonrenewal is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal by June 1. If nonrenewal is due to a revision to this policy's coverage for sinkhole losses or catastrophic ground cover collapse pursuant to the 2007 changes in the Florida Insurance Laws concerning such coverage, then this subsection, c. does not apply. Therefore, in such a case, subsection b. applies.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. We may not refuse to renew this policy:

   a. On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

   b. On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole or clay shrinkage claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may refuse to renew this policy if:

      (1) The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

      (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

   c. Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

E. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss — Residential Property:

1. The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

   a. Except as provided in Paragraph E.1.b., we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

b. We may cancel or nonrenew the policy prior to restoration of the structure or its contents, for any of the following reasons:

    (1) Nonpayment of premium;

    (2) Material misstatement or fraud related to the claim;

    (3) We determine that you have unreasonably caused a delay in the repair of the structure; or

    (4) We have paid the policy limits.

If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph b.(2), b.(3) or b.(4), we will give you 45 days' notice.

2. With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

3. With respect to Paragraph E.2., a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC, and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.



IL 04 01 10 07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA — SINKHOLE LOSS COVERAGE

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

A. When this endorsement is attached to the Standard Property Policy CP 00 99, the term Coverage Part in this endorsement is replaced by the term Policy.

B. When this endorsement is attached to the Farm Livestock Coverage Form, reference to loss (other than in the term Sinkhole Loss itself) means "loss" as defined in that Coverage Form.

C. The following is added to this Coverage Part as a Covered Cause of Loss. In the forms which address "specified causes of loss", the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage — Collapse.

Sinkhole Loss, meaning loss or damage to Covered Property when structural damage to the building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the building, only when such settlement or systematic weakening results from movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

Coverage for Sinkhole Loss includes stabilization of the building (including land stabilization) and repair to the foundation provided such work is in accordance with the requirements of Florida Insurance Law and in accordance with the recommendation of a professional engineer and in consultation with you. The professional engineer must be selected or approved by us. However, until you enter into a contract for performance of building stabilization or foundation repair:

1. We will not pay for underpinning or grouting or any other repair technique performed below the existing foundation of the building; and

2. Our payment for Sinkhole Loss to Covered Property may be limited to the actual cash value of the loss to such property.

After you have entered into a contract for performance of building stabilization or foundation repair, we will pay the amounts necessary to begin and perform such repairs as the work is performed and the expenses are incurred. If repair has begun and the aforementioned professional engineer determines that the repairs will exceed the applicable Limit of Insurance, we will pay only the remaining portion of the applicable Limit of Insurance upon such determination. The most we will pay for the total of all Sinkhole Loss, including building and land stabilization and foundation repair, is the applicable Limit of Insurance on the affected building.

D. Sinkhole Loss does not include:

1. Sinking or collapse of land into man-made underground cavities; or

2. Earthquake.

E. With respect to coverage provided by this endorsement, the Earth Movement exclusion and the Collapse exclusion do not apply.

F. With respect to a claim for alleged Sinkhole Loss, the following provision is added:

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property, or if we deny your claim, we will notify you of your right to participate in a neutral evaluation program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). For alleged Sinkhole Loss to commercial residential or farm residential properties, this program applies instead of any mediation or

© ISO Properties, Inc., 2007

74IX

appraisal procedure set forth elsewhere in this policy.

You or we may file a request with the Department for neutral evaluation; the other party must comply with such request. We will pay the costs associated with the neutral evaluation, regardless of which party makes the request. The neutral evaluator will be selected from a list maintained by the Department. The recommendation of the neutral evaluator will not be binding on you or us.

Participation in the neutral evaluation program does not change your right to file suit against us

in accordance with the Legal Action Against Us Condition in this policy; except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

G. Coverage for Sinkhole Loss under this endorsement does not increase the applicable Limit of Insurance. Even if loss or damage qualifies under, or includes, both Catastrophic Ground Cover Collapse (addressed elsewhere in this Coverage Part) and Sinkhole Loss, only one Limit of Insurance will apply to such loss or damage.






IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN
# COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

 1. The failure, malfunction or inadequacy of:

  a. Any of the following, whether belonging to any insured or to others:

   (1) Computer hardware, including microprocessors;

   (2) Computer application software;

   (3) Computer operating systems and related software;

   (4) Computer networks;

   (5) Microprocessors (computer chips) not part of any computer system; or

   (6) Any other computerized or electronic equipment or components; or

  b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

  due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

 2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

 1. In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

 2. Under the Commercial Property Coverage Part:

  a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss — Special Form; or

  b. In a Covered Cause of Loss under the Causes of Loss — Basic Form or the Causes of Loss — Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

© ISO Properties, Inc., 2001

IL 09 35 07 02

EP

IL 09 52 03 08

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2008

EP

IL 00 21 07 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY
# EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

© ISO Properties, Inc., 2001

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 72 01 03 92

# COMPANY COMMON POLICY CONDITIONS

This policy consists of:

**Common Policy Declarations** which include your name and mailing address, the policy period, premium information and coverage part(s) included.

**Common Policy Conditions.**

Coverage parts consist of one or more of the following:

Commercial Property
Commercial Liability
Commercial Inland Marine
Commercial Crime/Bonds
Commercial Automobile
Businessowners
Boiler and Machinery
Workers' Compensation.

Each of the coverage parts consist of:

One or more coverage forms
One or more coverage part conditions
Applicable endorsements.

If you have any questions, please contact your agent listed on the Common Policy Declarations.

In Witness Whereof, the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

744X

Gary Gregg
President

Dexter Legg
Vice President and Secretary

IL 72 01 03 92                                                                                              EP

9-2967
(5-87)

Endorsement effective   06-25-09                    Policy Number 01-CH-915834-20

Named Insured   MAGNOLIA CENTER

**THIS IS A NOTICE ONLY. THE FULL AND EXACT CONTRACT IS CONTAINED ONLY
IN THE POLICY.**

## SPECIAL NOTICE TO POLICYHOLDER
## REDUCTION IN POLICY COVERAGE

The following material change results in a reduction or elimination of coverage.

Peak Extra Property Endorsement (CP7516)
deleted, Peak Property Endorsement (CP7515)
added.

**Please read your policy carefully. If you have any questions
please contact your agent.**

9-2967 05 87                                                                                  EP

745X

 **SAFECO®**

C 40 86 12 02

# ADVISORY NOTICE TO POLICYHOLDERS

This is a summary of the major changes in your Commercial Property Coverage Part. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. You should read your policy and review your declaration page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

The areas within the policy that broaden, reduce or clarify coverage are highlighted below. The material is organized by coverage forms and endorsements; however, not all coverage forms or endorsements are included in a particular policy.

## PROPERTY DAMAGE COVERAGE FORMS

### I. CHANGES IN COVERAGE; ELECTRONIC DATA (CP 00 10, CP 00 17, CP 00 18, CP 00 99)

In the revised policy, electronic data (which is defined) is characterized as Property Not Covered, except as provided under Additional Coverage, Electronic Data. [The characterization of electronic data as Property Not Covered is not a comment on the essential nature of electronic data. Rather, Property Not Covered is designed to address situations which serve as exceptions to Covered Property or simply need to be identified as being outside the purview of coverage or full coverage.]

Under the Additional Coverage, Electronic Data, coverage is provided for the cost of replacing or restoring electronic data which has been destroyed or corrupted by a Covered Cause of Loss. The Covered Causes of Loss in this situation are certain named perils, including computer virus as limited. The Electronic Data coverage is subject to an annual aggregate limit of $2,500 per policy, which applies regardless of the number of occurrences, premises, locations or computer systems involved.

**Reduction in coverage:** The new annual aggregate limit of $2,500 per policy represents a reduction in coverage with respect to losses that would have been covered in the past under Valuable Papers And Records: Cost of Research. The previous coverage was in the amount of $2,500 per premises for each occurrence, unless the Declarations showed a higher limit.

**Potential broadening of coverage:** As revised, the policy explicitly provides coverage under certain circumstances for corruption of electronic data, a type of loss that was not explicitly addressed in the policy in the past. The revised policy also makes it explicit that a computer virus is a covered cause of loss in many circumstances. To the extent that such losses would not have been covered in the past, the Additional Coverage, Electronic Data represents a broadening of coverage.

### II. CLARIFICATION OR PROCEDURAL CHANGES

- **INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)**

The Additional Coverage, Increased Cost of Construction currently contains an exclusionary provision relating to pollution. Text is added, to make it explicit that the exclusion regarding pollution affects all aspects of the Increased Cost of Construction coverage.

- **VALUABLE PAPERS AND RECORDS (OTHER THAN ELECTRONIC DATA) (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

Valuable Papers and Records (Other Than Electronic Data) are addressed in a Coverage Extension of that title. There is no change in coverage.

® A registered trademark of SAFECO Corporation
EP

## III.  POTENTIAL REDUCTION OF COVERAGE

- ### INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)

The Additional Coverage, Increased Cost Of Construction, is revised to specify that such coverage does not respond to losses related to enforcement of laws which require, for example, demolition or repair of property due to fungus, wet rot, dry rot or bacteria, or the assessment or cleanup of fungus, wet rot, dry rot or bacteria.

- ### ELECTRONIC DATA, LEGAL LIABILITY AND MORTGAGEHOLDERS ERRORS AND OMISSIONS (CP 00 40, CP 00 70)

Under the revised Legal Liability Coverage Form CP 00 40, Covered Property does not include electronic data.

In the revised Mortgageholders Errors And Omissions Coverage Form CP 00 70, under Coverage A (Mortgageholders Interest) and Coverage B (Property Owned Or Held In Trust), Covered Property does not include electronic data.

## BUSINESS INTERRUPTION COVERAGE FORMS

## I.  CHANGES IN COVERAGE. INTERRUPTION OF COMPUTER OPERATIONS (CP 00 30, CP 00 32, CP 00 50)

In the past, coverage for business income loss due to damage to electronic media and records was limited to the longer of 60 days or the time needed to restore other property (unless a greater number of days was provided via endorsement CP 15 29). These time limitations, including amendment via CP 15 29, no longer apply.

In the revised policy, under an Additional Coverage, Interruption of Computer Operations, coverage is provided for business income loss and/or extra expense (depending on the Coverage Form used in a particular policy) arising from a business interruption loss caused by destruction or corruption of electronic data by a Covered Cause of Loss. The Covered Causes of Loss in this situation are certain named perils, including computer virus as limited. The Interruption of Computer Operations coverage is subject to an annual aggregate limit of $2,500 per policy, which applies regardless of the number of occurrences, premises, locations or computer systems involved.

**Reduction in coverage:** In comparison to the time limitation used in the past, the new aggregate dollar limit represents a reduction in business income coverage. Coverage is also reduced for extra expense, because the aforementioned time limitation did not affect extra expense; the new aggregate limit affects business income and extra expense.

**Potential broadening of coverage:** As revised, the policy explicitly provides coverage under certain circumstances for corruption of electronic data, a type of loss which was not explicitly addressed in the policy in the past. The revised policy also makes it explicit that a computer virus is a covered cause of loss in many circumstances. To the extent that business interruptions related to such losses would not have been covered in the past, the Additional Coverage, Interruption of Computer Operations represents a broadening of coverage.

## II.  REDUCTION OF COVERAGE — PERIOD OF RESTORATION

In the past, policies providing business interruption coverage automatically included form CP 15 56, which eliminated the 72-hour waiting period. The form is no longer automatically included and the 72-hour waiting period does apply. The waiting period may be waived or modified for an additional premium charge.

## III.  CLARIFICATION OR PROCEDURAL CHANGES

- ### RENTAL VALUE (CP 00 30, CP 00 32)

The definition of rental value has been revised to emphasize that continuing normal operating expenses are included and non-continuing expenses are deducted in computing loss of rental value.

○ EXTRA EXPENSE COVERAGE (CP 00 30, CP 00 50)

The Extra Expense coverage grant, as revised, omits explicit reference to the expense of replacing valuable papers and records. The new limitations on electronic data, discussed above, affect valuable papers and records stored as electronic data. There is no particular restriction (and no change in coverage) relating to valuable papers and records in the paper medium.

The Extra Expense coverage grant is revised to clarify that repair or replacement of property is covered only to the extent that it reduces the amount of loss that otherwise would have been payable under the Coverage Form (CP 00 30 or CP 00 50).

## CAUSES OF LOSS FORMS
### (AND CAUSES OF LOSS SECTIONS OF CP 00 70 AND CP 00 99 AS LISTED IN INDIVIDUAL ITEMS)

### I. CLARIFICATION OR PROCEDURAL CHANGES

○ UTILITY SERVICES EXCLUSIONS (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)

A statement has been added to the Utility Services exclusions, explaining that failure of power or other utility service includes lack of sufficient capacity and a reduction in the supply of the service.

### II. REDUCTION OF COVERAGE

○ LOSSES INVOLVING FUNGUS, WET ROT, DRY ROT OR BACTERIA
(CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)

In the past, losses caused by fungus (including mold, wet rot and dry rot) were only covered if the fungus resulted from a Covered Cause of Loss and then coverage for all damage was provided up to the Limit of Insurance. If included, business interruption coverage applied without exception to a suspension of operations involving fungus. Such coverage, for property damage and business interruption, still applies when fungus results from a fire or lightning loss.

As revised, the policy still provides coverage when fungus results from a Covered Cause of Loss other than fire or lightning (Forms CP 10 10, CP 10 20, CP 00 99) or a specified cause of loss other than fire or lightning (as defined in forms CP 10 30, CP 00 70) but the coverage is now subject to a $15,000 annual aggregate limit per policy (unless such limitation is increased via endorsement CP 04 31). The coverage will pay for loss caused by fungus, including the cost of removal of the fungus, the cost to tear out and replace property to gain access to the fungus, and cost of testing property after repair or replacement of the property if there is reason to believe that fungus is present. The $15,000 (or higher) limit, which does not increase the amount of insurance on the affected property, represents a reduction in coverage. Under business interruption coverage, if included in your policy, when a business interruption is attributable to fungus, the period of restoration is limited to 30 days (not necessarily consecutive days). When fungus prolongs a business interruption that is attributable to other damage, a delay of up to a total of 30 days is covered (regardless of when the delay occurs during the period of restoration). In each case, the 30-day period (or a longer period if endorsed via CP 04 31) represents a reduction in coverage.

### III. POTENTIAL REDUCTION OF COVERAGE

○ EXCLUSION OF CONTINUOUS OR REPEATED SEEPAGE OR LEAKAGE OF WATER OR STEAM
(CP 10 10, CP 10 20, CP 10 30, CP 00 99)

This exclusion has been revised by adding reference to the presence or condensation of humidity, moisture or vapor. The exclusion addresses conditions that persist over a period of 14 or more days.

## ENDORSEMENTS

### I. CLARIFICATION OR PROCEDURAL CHANGES

● CP 04 05 ORDINANCE OR LAW COVERAGE ENDORSEMENT

● CP 15 31 ORDINANCE OR LAW INCREASED PERIOD OF RESTORATION ENDORSEMENT

These endorsements contain an exclusionary provision relating to pollution. In the revised endorsements, text has been added to make it explicit that such exclusion affects all aspects of the Ordinance or Law coverage.

- CP 15 45 UTILITY SERVICES. TIME ELEMENT

The revised endorsement includes a paragraph explaining the function of the Schedule entry for a Limit of Insurance. The title of that Schedule entry is revised to make it more explicit.

- CP 15 08 BUSINESS INCOME FROM DEPENDENT PROPERTIES, BROAD FORM
- CP 15 09 BUSINESS INCOME FROM DEPENDENT PROPERTIES, LIMITED FORM
- CP 15 34 EXTRA EXPENSE FROM DEPENDENT PROPERTIES

Under these endorsements, contributing locations  (a property that delivers materials or services to the insured) do not include suppliers of water, communication service or power. In the revised endorsements, there is explicit mention that services relating to Internet access (or access to any electronic network) fall under communication supply services.

- CP 11 05 BUILDERS RISK REPORTING FORM
- CP 13 10 VALUE REPORTING FORM

New language has been added to the Premium Adjustment section of these forms, stating that the due date for any additional premium is the date shown on the bill as the due date.

## II. POTENTIAL REDUCTION OF COVERAGE

CP 04 05 ORDINANCE OR LAW COVERAGE ENDORSEMENT
CP 15 31 ORDINANCE OR LAW; INCREASED PERIOD OF RESTORATION ENDORSEMENT

These endorsements are revised to specify that ordinance or law coverage does not respond to losses related to enforcement of ordinances or laws which require, for example, demolition or repair of property due to fungus, wet rot, dry rot or bacteria, or the assessment or cleanup of fungus, wet rot, dry rot or bacteria.

- CP 15 08 BUSINESS INCOME FROM DEPENDENT PROPERTIES,  BROAD FORM
- CP 15 09 BUSINESS INCOME FROM DEPENDENT PROPERTIES, LIMITED FORM
- CP 15 34 EXTRA EXPENSE FROM DEPENDENT PROPERTIES

As revised, coverage under these endorsements does not apply when the only damage at the premises of the dependent property is damage to electronic data. If the dependent property suffers damage to electronic data and other property, resulting in a suspension of operations at the insured's premises, coverage under these endorsements will not continue after such other property is repaired or replaced.

- CP 04 17 UTILITY SERVICES, DIRECT DAMAGE

Loss or damage to electronic data, caused by an interruption in utility service, is not covered.

- CP 15 45 UTILITY SERVICES, TIME ELEMENT

Coverage under this endorsement does not apply to business income loss or extra expense related to an interruption in utility service that causes loss or damage to electronic data.

- CP 75 91 PROPERTY PLUS ENDORSEMENT

Endorsement no longer applies if coverage is provided using the Basic Cause of Loss Form (CP 10 10).

The Inflation Guard provision of this endorsement has been modified. The building(s) to which this coverage applies must be insured on a Replacement Cost basis. The coverage is now provided by the Optional Coverage — Inflation Guard in the Building and Personal Property Coverage Form at 4%. Higher percentages may be purchased.

- CP 75 07 ASI CLASSIC PROPERTY ENDORSEMENT

The Inflation Guard provision of this endorsement has been modified. The building(s) to which this coverage applies must be insured on a Replacement Cost basis. The coverage is now provided by the Optional Coverage — Inflation Guard in the Building and Personal Property Coverage Form at 4%. Higher percentages may be purchased.

The Specified Causes of Loss for Outdoor Property has been deleted. The causes of loss listed in the Building and Personal Property Coverage Form now apply.

The Period of Restoration definition has been modified to add a 72-hour waiting period.

- CP 75 51 APARTMENT ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 52 AUTOMOBILE SERVICE STATIONS ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 53 AUTOMOBILE SPECIALTY SHOPS ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 54 CONDOMINIUM ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 58 RELIGIOUS INSTITUTIONS ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 60 CONTRACTORS ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 61 SPECIALTY SERVICES ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 85 RESTAURANT ULTRA PROPERTY PLUS ENDORSEMENT

The Inflation Guard provision of this endorsement has been modified. The building(s) to which this coverage applies must be insured on a Replacement Cost basis. The coverage is now provided by the Optional Coverage — Inflation Guard in the Building and Personal Property Coverage Form at 4%. Higher percentages may be purchased.

The Period of Restoration definition has been modified to add a 72-hour waiting period.

- CP 75 15 PEAK PROPERTY ENDORSEMENT
- CP 75 16 PEAK EXTRA PROPERTY ENDORSEMENT
- CP 75 17 ULTRA PEAK APARTMENT PROPERTY ENDORSEMENT
- CP 75 18 ULTRA PEAK AUTOMOBILE SERVICE STATIONS ENDORSEMENT
- CP 75 19 ULTRA PEAK AUTOMOBILE SPECIALTY SHOPS PROPERTY ENDORSEMENT
- CP 75 20 ULTRA PEAK CONDOMINIUM PROPERTY ENDORSEMENT
- CP 75 21 ULTRA PEAK RELIGIOUS INSTITUTIONS PROPERTY ENDORSEMENT
- CP 75 22 ULTRA PEAK RESTAURANT PROPERTY ENDORSEMENT
- CP 75 27 ULTRA PEAK EXTRA PROPERTY APARTMENT ENDORSEMENT
- CP 75 28 ULTRA PEAK EXTRA PROPERTY AUTOMOBILE SERVICE STATIONS ENDORSEMENT
- CP 75 29 ULTRA PEAK EXTRA PROPERTY AUTOMOBILE SPECIALTY SHOPS ENDORSEMENT
- CP 75 30 ULTRA PEAK EXTRA PROPERTY CONDOMINIUM ENDORSEMENT
- CP 75 31 ULTRA PEAK EXTRA PROPERTY RELIGIOUS INSTITUTIONS ENDORSEMENT
- CP 75 32 ULTRA PEAK EXTRA PROPERTY RESTAURANT ENDORSEMENT

The Automatic Increase at Time of Loss provision has been renamed Inflation Guard and modified. The building(s) to which this coverage applies must be insured on a Replacement Cost basis. The coverage is now provided by the Optional Coverage — Inflation Guard in the Building and Personal Property Coverage Form at 4%. Higher percentages may be purchased.

The Period of Restoration definition has been modified to add a 72-hour waiting period.

- CP 75 23 ULTRA PEAK ASI CLASSIC PROPERTY ENDORSEMENT
- CP 75 33 ULTRA PEAK EXTRA PROPERTY ASI CLASSIC ENDORSEMENT

The Specified Causes of Loss for Outdoor Property has been deleted. The causes of loss listed in the Building and Personal Property Coverage Form now apply.

The Automatic Increase at Time of Loss provision has been renamed Inflation Guard and modified. The building(s) to which this coverage applies must be insured on a Replacement Cost basis. The coverage is now provided by the Optional Coverage — Inflation Guard in the Building and Personal Property Coverage Form at 4%. Higher percentages may be purchased.

The Period of Restoration definition has been modified to add a 72-hour waiting period.

- CP 75 26 PEAK EXTRA BUSINESS INCOME COVERAGE EXTENSION ENDORSEMENT

The Period of Restoration definition was removed. The Business Income Coverage Form Period of Restoration now applies to this endorsement.

III. POTENTIAL BROADENING OF COVERAGE

- CP 75 91 PROPERTY PLUS ENDORSEMENT
- CP 75 07 ASI CLASSIC PROPERTY ENDORSEMENT
- CP 75 51 APARTMENT ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 52 AUTOMOBILE SERVICE STATIONS ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 53 AUTOMOBILE SPECIALTY SHOPS ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 54 CONDOMINIUM ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 58 RELIGIOUS INSTITUTIONS ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 60 CONTRACTORS ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 61 SPECIALTY SERVICES ULTRA PROPERTY PLUS ENDORSEMENT
- CP 75 85 RESTAURANT ULTRA PROPERTY PLUS ENDORSEMENT

Coverage for building plate glass for which a tenant has a contractual obligation to insure has been included in the definition of Your Business Personal Property.

748X

6-2937
(6-93)

Dear Florida Policyholder:

On your policy declarations attached, you will see a heading titled "Florida Emergency Fund". This policy surcharge is the result of legislation in the state of Florida, effective May 1, 1993.

All money collected under the surcharge will be forwarded to the Florida Department of Revenue. When the surcharge is received and audited by the Department, the proceeds will be deposited into the Emergency Management, Preparedness, and Assistance Trust Fund.

If you have any questions regarding the surcharge on your policy, please contact your Independent Agent.

AMERICAN STATES INSURANCE COMPANIES

---

6-3415
(7-98)

Dear Florida Policyholder:

Florida law, in specific situations, requires licensed insurers that write certain lines of insurance in the state to pay assessments to various residual markets, such as the Florida Windstorm Underwriting Association (FWUA) or the Florida Residential Property and Casualty Joint Underwriting Association (FRPCJUA). Insurers also may be required to pay assessments to the Florida Hurricane Catastrophe Fund (FHCF).

Under other provisions of the law*, insurers are permitted to recover, or recoup, their deficit assessment payments by adding a "recoupment surcharge" to the premium on policies they write in the state. Insurers can recoup payments made to the FWUA, the FRPCJUA and the FHCF. If these charges apply to your policy, they are included in your premium. The surcharges will appear on your declarations page as "RECOUP 95 FL WINDSTORM UNDERWRITING ASSOC DEFICIT", "RECOUP 96 FL HURRICANE CATASTROPHE FUND DEFICIT" and/or "RECOUP 96 FL RESIDENTIAL PROP & CAS JUA DEFICIT".

Please contact your agent if you have questions about these surcharges.

American States Insurance Company
American Economy Insurance Company
American States Preferred Insurance Company

* Florida Statute 627.3512 (Recoupment of Residual Market Deficit Assessments) and
  Florida Statute 627.062(5) (Recoupment of Premium Paid to the Florida Hurricane Catastrophe Fund)

6-3415 (7-98)                                                                                                    EP

C 44 18 01 06

# IMPORTANT NOTICE REGARDING THE RENEWAL
# OF YOUR GENERAL LIABILITY COVERAGE

If at the time this policy was processed we had not yet received updated sales or receipts figures from your agent or broker, the following provision applies:

To ensure timely delivery of your policy, we have issued it with a small increase over the estimated sales or receipts shown on your expiring policy. If our estimates are inaccurate, please contact your agent or broker and we will promptly endorse your policy to reflect the sales or receipts you forecast for the policy term.

Thank you for entrusting us with your insurance needs. We appreciate having you as a customer.

SPECIAL NOTICE TO POLICYHOLDERS
FLORIDA COMMERCIAL PROPERTY AND
CASUALTY RISK MANAGEMENT PROGRAM

6-1886
(3-00)

The Florida Risk Management Program (Rule 4-75.001) is available upon request to any commercial property or casualty insurance policyholder. A Risk Management Program is a series of steps or actions aimed to eliminate or reduce losses at your business.

The Risk Management Program offered by American States Insurance Companies includes:

1.  A listing of Risk Management Program Guidelines for getting your management actively involved in loss control.

2.  A Self-Inspection Questionnaire designed to help you identify and control current hazards that can increase the chance of loss in your operation.

Additional Risk Management services are available upon request. There may be an additional charge for some services.

You can enroll in the Florida Risk Management Program by returning the form at the bottom of this page to American States Insurance Companies.

If you have any questions on the Florida Risk Management Program, please contact your independent agent listed on the declarations page of your policy.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FLORIDA COMMERCIAL PROPERTY AND CASUALTY RISK MANAGEMENT PROGRAM

Yes, I would like to enroll in the Florida Risk Management Program.

Name: _____    Title: _____

Phone Number:  ( _____ ) _____

Mailing Address: _____

City _____    State _____    Zip _____

Policy Number: _____

Send this portion to:

American States Insurance Companies
Eastern Territory Loss Control Department
P.O. Box 100027
Duluth, Georgia 30096-0027

**SAFECO®**



# PEAK PROGRAM LIMITS SUMMARY

The following is a summary of many of the Coverage Extensions, Additional Coverages and other limits found in the PEAK PROGRAM. Those coverages and limits shown below are only a summary. You must refer to all coverage Declarations, coverage parts, forms, endorsements and terms of this policy for complete information about the property covered, property not covered, covered causes of loss, coverage conditions, coverages provided, coverage limitations, coverage limits and coverage exclusions. If limits shown in the Declarations or in endorsements are different than the limits shown in the following, those limits replace the limits shown below.

MAXIMUM LIMIT OF INSURANCE — Our aggregate limit of Insurance for all loss resulting from a single occurrence shall not exceed, after application of all deductibles, the Maximum Limit of Insurance shown in the Declarations.

### COVERAGE EXTENSIONS

| | |
|---|---|
| Brand and Label | $10,000 or refer to the Declarations |
| Inflation Guard | 4% or refer to the Declarations |
| Lawn Coverage | $2,000 |
| Money and Securities | $500 (different limits may apply to Ultra Series programs) |
| Premises Limitation | 1000 feet |
| Inventory or Appraisals | $10,000 or $ |
| Consequential Damage | $10,000 or refer to the Declarations |

### ADDITIONAL COVERAGES

| | |
|---|---|
| Arson Reward* | $5,000 |
| Fire Extinguisher Recharge | Actual Loss Sustained |
| Money Orders and Counterfeit Paper Currency | $1,000 |
| Extra Expense | $10,000 or refer to the Declarations ($25,000 for Ultra Series Programs) |
| Forgery or Alteration | $5,000 |
| Ordinance or Law — Coverage A | To building limit |
|     Coverages B and C — Combined Limit | $50,000 or refer to the Declarations |
|     Coverages B and C — Combined Limit — Ultra Peak Religious Institutions | $150,000 or refer to the Declarations |
| Utility Services — Direct Damage | $10,000 or refer to the Declarations |
| Spoilage — Direct Damage | $10,000 or refer to the Declarations |

### INLAND MARINE COVERAGES

| | |
|---|---|
| Accounts Receivable | $25,000 or refer to the Declarations |
| Electronic Data Processing Coverage, including Mechanical and Electrical Breakdown Coverage | $50,000 or refer to the Declarations |
|     Extra Expense | $5,000 or refer to the Declarations |
| Exhibition Risks | $10,000 or refer to the Declarations |
| Commercial Fine Arts | $10,000 or refer to the Declarations |
| Motor Truck Cargo — Owners Form | $10,000 or refer to the Declarations |
| Transportation | $10,000 or refer to the Declarations |
| Salesperson Samples | $10,000 or refer to the Declarations |
| Processors Coverage | $25,000 or refer to the Declarations |

*This may not be included in some states.

Safeco® and the Safeco logo are trademarks of Safeco Corporation.
EP

OTHER COVERAGES
Building property includes plate glass, fences, signs and antennas
Business personal property includes patterns, dies, molds and forms
Fire Department Service Charge                                    Actual Loss Sustained
Pollutant Clean Up and Removal — including transit               $25,000
Newly Acquired or Constructed Property — Building                $1,000,000 or refer to the
                                                                    Declarations
    Business Personal Property                                   $500,000 or refer to the Declarations
    Insurance will end                                           90 days (180 days for Ultra Series)
Personal Effects and Property of Others                          $10,000 or refer to the Declarations
Valuable Papers and Records — Other than Electronic Data         $25,000 or refer to the Declarations
Property Off-Premises                                            $25,000
Outdoor Property — including additional perils in causes of loss $10,000/$2,500 tree, shrub or plant
                                                                    or refer to the Declarations
Debris Removal Additional Limits                                 $25,000 or refer to the Declarations
Coinsurance — Additional Condition deleted
Back up of water from sewer, drain or sump is a covered peril
Theft loss to furs, fur garments                                 $5,000
Theft loss to jewelry, watches, precious stones and metals       $5,000
Theft loss to stamps, tickets and letters of credit              $500 Ultra Series programs

COMMERCIAL PROPERTY
CP 00 10 04 02

# BUILDING AND PERSONAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H. — Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

  a. **Building,** meaning the building or structure described in the Declarations, including:

    (1) Completed additions;

    (2) Fixtures, including outdoor fixtures;

    (3) Permanently installed:

      (a) Machinery and

      (b) Equipment;

    (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

      (a) Fire extinguishing equipment;

      (b) Outdoor furniture;

      (c) Floor coverings; and

      (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

    (5) If not covered by other insurance:

      (a) Additions under construction, alterations and repairs to the building or structure;

      (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

  b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property — Separation of Coverage form:

    (1) Furniture and fixtures;

    (2) Machinery and equipment;

    (3) "Stock";

    (4) All other personal property owned by you and used in your business;

    (5) Labor, materials or services furnished or arranged by you on personal property of others;

© ISO Properties, Inc., 2001

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    (a) Made a part of the building or structure you occupy but do not own; and

    (b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

c. **Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under Additional Coverages — Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, n., does not apply to your "stock" of prepackaged software.

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

p. Vehicles or self-propelled machines (including aircraft or process watercraft) that:

   (1) Are licensed for use on public roads; or

   (2) Are operated principally away from the described premises.

This paragraph does not apply to:

    (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

    (b) Vehicles or self-propelled machines, other than autos, you hold for sale;

    (c) Rowboats or canoes out of water at the described premises; or

    (d) Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

q. The following property while outside of buildings:

   (1) Grain, hay, straw or other crops;

   (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs, or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Coverages**

a. **Debris Removal**

   (1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   (2) Debris Removal does not apply to costs to:

    (a) Extract "pollutants" from land or water; or

    (b) Remove, restore or replace polluted land or water.

   (3) Subject to the exceptions in Paragraph (4), the following provisions apply:

    (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

    (b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   (4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

    (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

    (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has

sustained loss or damage, plus $10,000.

### (5) Examples

The following examples assume that there is no coinsurance penalty.

Example #1

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

Example #2

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph (4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

### b. Preservation Of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

### c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

### d. Pollutant Clean Up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

e. **Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with law enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(3) through e.(9) of this Additional Coverage.

(3) The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to

contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at

another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

## f. Electronic Data

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered — Electronic Data.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage — Electronic Data, subject to the following:

(a) If the Causes of Loss — Special Form applies, coverage under this Additional Coverage — Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

(b) If the Causes of Loss — Broad Form applies, coverage under this Additional Coverage — Electronic Data includes Collapse as set forth in that Form.

(c) If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the loss provided under this Additional Coverage — Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage — Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent

policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location

described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

b. **Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered — Electronic Data.

(2) If the Causes of Loss — Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

(3) If the Causes of Loss — Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

d. **Property Off-Premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

e. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

f. **Non-Owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

B. **Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

C. **Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

D. **Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance — Bldg. 1: | $ | 60,000 |
| Limit of Insurance — Bldg. 2: | $ | 80,000 |
| Loss to Bldg. 1: | $ | 60,100 |
| Loss to Bldg. 2: | $ | 90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$ 60,100
-     250
$ 59,850 Loss Payable — Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

Example No. 2:

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

| | |
|---|---|
| Loss to Bldg. 1: | $70,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss to Bldg. 2: | $90,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss Payable — Bldg. 1: | $60,000 |
| (Limit of Insurance) | |
| Loss Payable — Bldg. 2: | $80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | |
| | $140,000 |

E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Abandonment

There can be no abandonment of any property to us.

2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. Duties In The Event Of Loss Or Damage

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

  a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

    (1) Pay the value of lost or damaged property;

    (2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

    (3) Take all or any part of the property at an agreed or appraised value; or

    (4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

    We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

  b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

  c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

  d. We will not pay you more than your financial interest in the Covered Property.

  e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

  f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

  g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

    (1) We have reached agreement with you on the amount of loss; or

    (2) An appraisal award has been made.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

  a. **Description Of Terms**

    (1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

      (a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

      (b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

        (i) Rented to a lessee or sublessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

        (ii) Used by the building owner to conduct customary operations.

    (2) Buildings under construction or renovation are not considered vacant.

  b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

    (1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

      (a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

## 7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

e. Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

When:

| | | |
|---|---|---:|
| | The value of property is | $ 250,000 |
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $ 100,000 |
| | The Deductible is | $ 250 |
| | The amount of loss is | $ 40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50
Step (3): $40,000 x .50 = $20,000
Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**

When:

| | | |
|---|---|---:|
| | The value of property is | $ 250,000 |
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $ 200,000 |
| | The Deductible is | $ 250 |
| | The amount of loss is | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

When:

| | | |
|---|---|---:|
| | The value of property is: | |
| | Bldg. at Location No. 1 | $ 75,000 |
| | Bldg. at Location No. 2 | $ 100,000 |
| | Personal Property at Location No. 2 | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations Nos. 1 and 2 is | $ 180,000 |
| | The Deductible is | $ 1,000 |
| | The amount of loss is: | |
| | Bldg. at Location No. 2 | $ 30,000 |
| | Personal Property at Location No. 2 | $ 20,000 |
| | | $ 50,000 |

Step (1): $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80
Step (3): $50,000 x .80 = $40,000
Step (4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

2. Mortgageholders

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the

mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:

| If: | | |
|---|---|---|
| The applicable Limit of Insurance is | $ | 100,000 |
| The annual percentage increase is | | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365 = | $ | 3,200 |

3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenant's improvements and betterments, the following also apply:

(3) If the conditions in d.(1) and d.(2) above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in e.(2) above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

4. Extension Of Replacement Cost To Personal Property Of Others

a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph 3.b.(1) of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b. With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

H. Definitions

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## BUSINESS INCOME (AND EXTRA EXPENSE)
## COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section G. — Definitions.

### A. Coverage

1. **Business Income**

   Business Income means the:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

   b. Continuing normal operating expenses incurred, including payroll.

   For manufacturing risks, Net Income includes the net sales value of production.

   Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

   a. Business Income including "Rental Value".

   b. Business Income other than "Rental Value".

   c. "Rental Value":

   If option a. above is selected, the term Business Income will include "Rental Value". If option c. above is selected, the term Business Income will mean "Rental Value" only.

   If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

   We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in

the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

   a. The portion of the building which you rent, lease or occupy; and

   b. Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

2. **Extra Expense**

   a. Extra Expense coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income coverage applies at that premises.

   b. Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

© ISO Properties, Inc., 2001

We will pay Extra Expense (other than the expense to repair or replace property) to:

(1) Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

3. **Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Limitation — Interruption of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage — Interruption of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage — Interruption of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations

and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

5. **Additional Coverages**

a. **Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

(1) 3 consecutive weeks after the time of that action; or

(2) When your Business Income coverage ends;

whichever is later.

b. **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the

"period of restoration" for Business In-
come Coverage will begin on the date
"operations" would have begun if the
direct physical loss or damage had not
occurred.

c. **Extended Business Income**

(1) Business Income Other Than
"Rental Value"

If the necessary "suspension" of
your "operations" produces a Busi-
ness Income loss payable under
this policy, we will pay for the actual
loss of Business Income you incur
during the period that:

(a) Begins on the date property
(except "finished stock") is ac-
tually repaired, rebuilt or re-
placed and "operations" are
resumed; and

(b) Ends on the earlier of:

(i) The date you could restore
your "operations", with
reasonable speed, to the
level which would generate
the business income
amount that would have
existed if no direct physical
loss or damage had oc-
curred; or

(ii) 30 consecutive days after
the date determined in
(1)(a) above.

However, Extended Business In-
come does not apply to loss of Bu-
siness Income incurred as a result
of unfavorable business conditions
caused by the impact of the Cov-
ered Cause of Loss in the area
where the described premises are
located.

Loss of Business Income must be
caused by direct physical loss or
damage at the described premises
caused by or resulting from any
Covered Cause of Loss.

(2) "Rental Value"

If the necessary "suspension" of
your "operations" produces a
"Rental Value" loss payable under
this policy, we will pay for the actual
loss of "Rental Value" you incur
during the period that:

(a) Begins on the date property is
actually repaired, rebuilt or

replaced and tenantability is re-
stored; and

(b) Ends on the earlier of:

(i) The date you could restore
tenant occupancy, with
reasonable speed, to the
level which would generate
the "Rental Value" that
would have existed if no di-
rect physical loss or dam-
age had occurred; or

(ii) 30 consecutive days after
the date determined in
(2)(a) above.

However, Extended Business In-
come does not apply to loss of
"Rental Value" incurred as a result
of unfavorable business conditions
caused by the impact of the Cov-
ered Cause of Loss in the area
where the described premises are
located.

Loss of "Rental Value" must be
caused by direct physical loss or
damage at the described premises
caused by or resulting from any
Covered Cause of Loss.

d. **Interruption of Computer Operations**

(1) Under this Additional Coverage,
electronic data has the meaning de-
scribed under Additional Limitation
— Interruption of Computer Oper-
ations.

(2) Subject to all provisions of this Ad-
ditional Coverage, you may extend
the insurance that applies to Busi-
ness Income and Extra Expense to
apply to a "suspension" of
"operations" caused by an inter-
ruption in computer operations due
to destruction or corruption of elec-
tronic data due to a Covered Cause
of Loss.

(3) With respect to the coverage pro-
vided under this Additional Cover-
age, the Covered Causes of Loss
are subject to the following:

(a) If the Causes of Loss — Special
Form applies, coverage under
this Additional Coverage — In-
terruption of Computer Oper-
ations is limited to the
"specified causes of loss" as

defined in that form, and Collapse as set forth in that form.

(b) If the Causes of Loss — Broad Form applies, coverage under this Additional Coverage — Interruption of Computer Operations includes Collapse as set forth in that form.

(c) If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage — Interruption of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage — Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or

incurred in the policy year in which the interruption began.

(5) This Additional Coverage — Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

6. **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

B. **Limits of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations and New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

### 3. Loss Determination

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

    (a) Your financial records and accounting procedures;

    (b) Bills, invoices and other vouchers; and

    (c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

    (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

    (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. Resumption Of Operations

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

a. We have reached agreement with you on the amount of loss; or

b. An appraisal award has been made.

D. Additional Condition

Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

a. The Coinsurance percentage shown for Business Income in the Declarations; times

b. The sum of:

(1) The Net Income (Net Profit or Loss before income taxes), and

(2) Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

1. Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

2. Divide the Limit of Insurance for the described premises by the figure determined in Step 1.; and

3. Multiply the total amount of loss by the figure determined in Step 2.

We will pay the amount determined in Step 3. or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

1. Prepaid freight — outgoing;

2. Returns and allowances;

3. Discounts;

4. Bad debts;

5. Collection expenses;

6. Cost of raw stock and factory supplies consumed (including transportation charges);

7. Cost of merchandise sold (including transportation charges);

8. Cost of other supplies consumed (including transportation charges);

9. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10. Power, heat and refrigeration expenses that do not continue under contract (if Form CP 15 11 is attached);

11. All ordinary payroll expenses or the amount of payroll expense excluded (if Form CP 15 10 is attached); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion — not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

Example No. 1 (Underinsurance):

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $ 400,000 |
|---|---|---|
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $ 150,000 |
| | The amount of loss is | $   80,000 |

Step 1:   $400,000 x 50% = $200,000
          (the minimum amount of insurance to
          meet your Coinsurance requirements)
Step 2:   $150,000 ÷ $200,000 = .75
Step 3:   $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

Example No. 2 (Adequate Insurance):

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $ 400,000 |
|---|---|---|
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $ 200,000 |
| | The amount of loss is | $   80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense coverage.

E. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. Maximum Period Of Indemnity

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

(1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

(2) The Limit of Insurance shown in the Declarations.